JUDGE COTE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC.<br>d/b/a ERCHONIA MEDICAL<br><br>Plaintiff,<br><br>v.<br><br>LIONEL BISSOON, M.D.,<br>d/b/a MESOTHERAPIE & ESTETIK,<br>MERIDIAN AMERICA MEDICALS, INC.<br>MERIDIAN MEDICAL INC, and<br>MERIDIAN CO., LTD.<br><br>Defendants. | §§§§§§§§§§§§§§ | Civil Action No.:<br><br>07 CIV 8696 |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Therapy Products, Inc. d/b/a Erchonia Medical (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: October 9, 2007

Respectfully submitted,
SCHWEITZER CORNMAN GROSS &
BONDELL LLP

By: _____
Michael A Cornman (MC 7134)
Elliot W. Lipins (EL 6151)
292 Madison Avenue
New York, NY 10017
Telephone: (646) 424-0770
Facsimile: (646) 424-0880

Of Counsel
James D. Petruzzi (JP 4944)
MASON & PETRUZZI
4900 Woodway Drive Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100