DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERAPY PRODUCTS, INC. D/B/A ERCHONIA MEDICAL | Plaintiff (s) / Petitioner (s) |
| – vs – | |
| LIONEL BISSOON, M.D. D/B/A/ MESOTHERAPIE & ESTETIK; ET AL | Defendant (s) / Respondent (s) |

Trans. #:        20072251
Date Filed:
Docket/Index #:  07 CIV 8696
Witness Fee:     $0.00
File: No         Court Date:
Client Ref #:
SCHWEITZER, CORNMAN, GROSS & BONDELL, LLP
292 MADISON AVENUE
NEW YORK NY 10017

STATE OF NEW YORK: COUNTY OF SUFFOLK   : SS:

<u>CURTIS DUNCAN</u> , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>October 18, 2007</u> at <u>05:37 PM</u> , at <u>10 WEST 74TH STREET, SUITE 1E, NEW YORK  NY 10023</u>
deponent served the within <u>SUMMONS IN A CIVIL ACTION AND COMPLAINT</u>
on <u>LIONEL BISSOON, M.D. D/B/A MESOTHERAPIE & ESTETIK</u> defendant therein named.

**INDIVIDUAL**  By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION**  By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** [X]  By delivering a true copy thereof to and leaving with <u>ANNA (REFUSED LAST NAME) RECEPTIONIST</u>, a person of suitable age and discretion at <u>10 WEST 74TH STREET, SUITE 1E, NEW YORK , NY,10023</u>  the said premise being the defendants / respondents place of business within the state of New York.

**AFFIXING TO DOOR, ETC.**  By affixing a true copy thereof to the door of the said premises, the same being the defendant's  within the State of New York.

**MAILING** [X]  Deponent completed service under the last two sections by depositing a true copy of the <u>SUMMONS IN A CIVIL ACTION AND COMPLAINT</u>
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on <u>October 19, 2007</u> to the Above Address
FIRST CLASS MAIL IN AN ENVELOPE BEARING THE LEGEND "PERSONAL & CONFIDENTIAL" AND NOT INDICATED ON THE OUTSIDE THERE OF BY RETURN ADDRESS OR OTHERWISE THAT IT WAS FROM AN ATTORNEY OR CONCERNED AN ACTION AGAINST THOSE SERVED

**PREVIOUS ATTEMPTS**  Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>40</u> Approximate weight _____ Approximate height _____ Sex <u>Female</u>
Color of skin _____ Color of Hair _____ Other _____

[X]  Deponent spoke with Person Served  who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____
CURTIS DUNCAN  1212924

Sworn to before me this 10/20/2007

_____
VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4381704
Qualified in Suffolk County
Commission Expires July 26, 2011

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468