UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

THERAPY PRODUCTS, INC. d/b/a
ERCHONIA MEDICAL,

   **Plaintiff,**

v.

LIONEL BISSOON, M.D. d/b/a
MESOTHERAPIE & ESTETIK, MERIDIAN
AMERICA MEDICALS, INC., MERIDIAN
MEDICAL INC., and MERIDIAN CO., LTD.

   **Defendants.**

No. 07-CIV-8696 (DLC)

The parties having met and conferred, it is hereby

STIPULATED AND AGREED that the last day for defendant Meridian America Medicals, Inc. ("Meridian America") to answer or otherwise respond to the complaint in the above-caption matter is hereby extended from November 7, 2007 to November 27, 2007. No previous requests for extension have been made in this matter.

Good cause exists for the extension because counsel for Meridian America has only recently been retained, and its counsel requires additional time to investigate the claims against Meridian America as well as whether it is a proper party in this action. Counsel for plaintiff consents to the extension, provided that counsel for Meridian America also agrees to accept service on behalf of defendant Meridian Medical Inc. ("Meridian Medical") and does not challenge service of process on Meridian Medical. Counsel for Meridian America and Meridian Medical agrees to do so.

STIPULATED AND AGREED that the last day for defendant Meridian Medical Inc. to answer or otherwise respond to the complaint in the above-captioned matter is November 27,

*So ordered.*
*[signature] Denise Cote*
*November 19, 2007*

2007.

IT IS SO ORDERED ON this _____ day of November, 2007

_____
Denise L. Cote
United States Magistrate Judge

SO STIPULATED.

Dated: November 6, 2007

_/s/ Robert Mason_____          _____/signature/_____
Robert Mason (RM 6960)           Raymond R. Castello (RC 2106)
James D. Petruzzi (JP 4944)      FISH & RICHARDSON P.C.
MASON & PETRUZZI                 Citigroup Center, 52nd Floor
4900 Woodway Drive Suite 745     153 East 53rd Street
Houston, TX 77056                New York, New York 10022
Tel: (713) 840-9993              Tel: (212) 765-5070
Fax: (713) 877-9100              Fax: (212) 258-2291

Michael A. Cornman (MC 7134)     Attorneys for Defendants
Elliot W. Lipins (EL 6151)       *Meridian America Medicals, Inc.*
SCHWEITZER CORNMAN GROSS &       *Meridian Medical Inc.*
BONDELL LLP                      *Meridian Co., Ltd.*
292 Madison Avenue
New York, NY 10017
Tel: (646) 424-0770
Fax: (646) 424-0880

Attorneys for Plaintiff
*Therapy Products, Inc. d/b/a Erchonia Medical*

2