AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 cv 8696

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Meridian America Medical Inc., and Meridian Medical Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/27/2007 | *[signature]* |
| Date | Signature |
| | Raymond R. Castello     RC 2106 |
| | Print Name     Bar Number |
| | 153 East 53rd Street |
| | Address |
| | New York, NY 10022 |
| | City     State     Zip Code |
| | (212) 765-5070     (212) 258-2291 |
| | Phone Number     Fax Number |