UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERAPY PRODUCTS, INC.<br>d/b/a ERCHONIA MEDICAL,<br><br>                                  Plaintiff,<br><br>v.<br><br>LIONEL, BISSOON, M.D.<br>d/b/a MESOTHERAPIE & ESTETIK,<br>MERIDIAN AMERICA MEDICALS, INC.<br>MERIDIAN MEDICAL INC., and<br>MERIDIAN CO., LTD.,<br><br>                                  Defendants. | 07 Civ. 8696 (DLC) |

## STATEMENT PURSUANT TO FED.R.CIV. P. 7.1

Defendant, Meridian Medical Inc., by and through their counsel, hereby disclose that:

Meridian Medical Inc. is a nongovernmental corporate party in the above-captioned action. Meridian Medical Inc. does not have a parent corporation. No publicly-held corporation owns 10% or more of Meridian Medical Inc.'s stock.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: November 27, 2007

By: _____
Raymond R. Castello (RC 2106)
Kristen McCallion (KM 5593)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, New York 10022
Tel: (212) 765-5070
Fax: (212) 258-2291
Attorneys for Defendants
MERIDIAN MEDICAL, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing STATEMENT PURSUANT TO FED.R.CIV. P. 7.1 was served on counsel for Plaintiff by sending a true copy by First Class Mail, postage prepaid, to the following address:

Michael A. Cornman, Esq.
Elliot W. Lipins, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, New York  10017

on November 27, 2007.

_____
Luke Sheldon

30379907.doc