UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERAPY PRODUCTS, INC.<br>d/b/a ERCHONIA MEDICAL,<br><br>                Plaintiff,<br><br>v.<br><br>LIONEL, BISSOON, M.D.<br>d/b/a MESOTHERAPIE & ESTETIK,<br>MERIDIAN AMERICA MEDICALS, INC.<br>MERIDIAN MEDICAL INC., and<br>MERIDIAN CO., LTD.,<br><br>                Defendants. | 07 Civ. 8696 (DLC) |

## STATEMENT PURSUANT TO FED.R.CIV. P. 7.1

Defendant, Meridian America Medical Inc., by and through their counsel, hereby disclose that:

Meridian America Medical Inc. is a nongovernmental corporate party in the above-captioned action. Meridian Co., Ltd. is the parent corporation of Meridian America Medical Inc., Meridian Co., Ltd. is the only publicly-held corporation that owns 10% or more of Meridian America Medical Inc.'s stock.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: November 27, 2007

By: Raymond R. Castello (RC 2106)
Kristen McCallion (KM 5593)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, New York 10022
Tel: (212) 765-5070
Fax: (212) 258-2291
Attorneys for Defendants
MERIDIAN AMERICA MEDICALS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing STATEMENT PURSUANT TO FED.R.CIV. P. 7.1 was served on the counsel for Plaintiff by sending a true copy by First Class Mail, postage prepaid, to the following address:

Michael A. Cornman, Esq.
Elliot W. Lipins, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, New York  10017

Attorneys for Plaintiff

on November 27, 2007.

_____
Luke Shelden

30379902.doc