IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERAPY PRODUCTS, INC. <br> d/b/a ERCHONIA MEDICAL <br><br> Plaintiff, <br><br> v. <br><br> LIONEL BISSOON, M.D., <br> d/b/a MESOTHERAPIE & ESTETIK, <br> MERIDIAN AMERICA MEDICALS, INC. <br> MERIDIAN MEDICAL INC., and <br> MERIDIAN CO., LTD. <br><br> Defendants. | 07 CV 8696 (DLC) <br><br> MOTION TO ADMIT <br> COUNSEL PRO HAC <br> VICE <br><br> [ECF Case] |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Elliot Lipins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

James D. Petruzzi
Mason & Petruzzi
4900 Woodway, Suite 745
Houston, Texas 77056
Tel: (713) 840-9993
Fax: (713) 877-9100

Robert M. Mason
Mason & Petruzzi
13601 Preston Rd., Ste. 402W
Dallas, Texas 75240
Tel: (972) 788-1500
Fax: (972) 788-1561

James D. Petruzzi is a member in good standing of the Bar of the States of Texas, California, and the District of Columbia. There are no pending disciplinary proceedings against James D. Petruzzi in any State or Federal court. Copies of Certificates of Good Standing for Mr. Petruzzi for these states are enclosed herewith.

Robert M. Mason is a member in good standing of the Bar of the States of Texas and Illinois. There are no pending disciplinary proceedings against Robert M. Mason in any State or Federal Court. Copies of Certificates of Good Standing for Mr. Mason for these states are enclosed herewith.

Dated: January 30, 2008

                                            SCHWEITZER CORNMAN GROSS & BONDELL LLP
                                            Attorneys for Plaintiff
                                            292 Madison Avenue
                                            19th Floor
                                            New York, NY 10017
                                            Telephone: (646) 424-0770
                                            Facsimile: (646) 424-0880

By                 /s/ Elliot W. Lipins
                                            Elliot W. Lipins (EL6151)

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**James D. Petruzzi**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 14th day of December, 1990.

I further certify that the records of this office show that, as of this date

**James D. Petruzzi**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of January, 2008.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 6305B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JAMES DANIEL PETRUZZI

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that JAMES DANIEL PETRUZZI was on the 3RD day of DECEMBER 1984, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as an inactive member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 7th day of JANUARY, 2008.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

James Daniel Petruzzi

was on the 2nd day of August, 1989 duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 10, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert Michael Mason

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, January 08, 2008.

*Juleann Hornyak*
Clerk

# The Supreme Court of Texas

AUSTIN

---
CLERK'S OFFICE
---

    I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**ROBERT M. MASON**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of July, 1990.

    I further certify that the records of this office show that, as of this date

**ROBERT M. MASON**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 7th day of January, 2008.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
    Brad Sonego, Deputy Clerk

No. 6305A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC. <br> d/b/a ERCHONIA MEDICAL <br><br> Plaintiff, <br> v. <br><br> LIONEL BISSOON, M.D., <br> d/b/a MESOTHERAPIE & ESTETIK, <br> MERIDIAN AMERICA MEDICALS, INC. <br> MERIDIAN MEDICAL INC., and <br> MERIDIAN CO., LTD. <br><br> Defendants. | § § § § § § § § § § § § § § | 07 CV 8696 ((DLC) <br><br> DECLARATION OF <br> ELLIOT W. LIPINS <br> IN SUPPORT OF <br> MOTION TO ADMIT <br> COUNSEL PRO HAC <br> VICE <br><br> [ECF Case] |

I, Elliot Lipins, declare as follows:

1. I am an associate at Schweitzer Cornman Gross & Bondell LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit James D. Petruzzi and Robert M. Mason as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James D. Petruzzi and Robert M. Mason since 2006. James D. Petruzzi and Robert M. Mason are partners at Mason & Petruzzi in Dallas, Texas and Houston, Texas.

4. I have found Messrs. Petruzzi and Mason to be skilled attorneys and persons with high integrity and moral character. Messrs. Petruzzi and Mason are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of James D. Petruzzi and Robert M. Mason, pro hac vice.

6. I respectfully submit a proposed order granting the admission of James D. Petruzzi and Robert M. Mason, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit James D. Petruzzi and Robert M. Mason, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: New York, NY
January 30, 2008

SCHWEITZER CORNMAN GROSS & BONDELL LLP
Attorneys for Plaintiff
292 Madison Avenue
19th Floor
New York, NY 10017
Telephone: (646) 424-0770
Facsimile: (646) 424-0880

By _____
Elliot W. Lipins (EL6151)

## CERTIFICATE OF SERVICE

It is hereby certified that on January 30, 2008, a true copy of the foregoing Motion to Admit Counsel Pro Hac Vice, Declaration of Elliot W. Lipins in support thereof, and order for admission pro hac vice, has been served by first class mail, postage prepaid, upon:

> Raymond R. Castello, Esq.
> Fish & Richardson P.C.
> 153 East 53rd Street, 52nd Floor
> New York, New York 10022

By: *[signature]*
Elliot W. Lipins

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC. <br> d/b/a ERCHONIA MEDICAL <br><br> Plaintiff, <br><br> v. <br><br> LIONEL BISSOON, M.D., <br> d/b/a MESOTHERAPIE & ESTETIK, <br> MERIDIAN AMERICA MEDICALS, INC. <br> MERIDIAN MEDICAL INC., and <br> MERIDIAN CO., LTD. <br><br> Defendants. | § § § § § § § § § § § § § § | 07 CV 8696 ((DLC) <br><br> ORDER FOR ADMISSION <br> PRO HAC VICE ON <br> WRITTEN MOTION <br><br> [ECF Case] |

Upon the motion of Elliot Lipins, attorney for Plaintiff Therapy Products, Inc. d/b/a Erchonia Medical, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

James D. Petruzzi
Mason & Petruzzi
4900 Woodway, Suite 745
Houston, Texas 77056
Tel: (713) 840-9993
Fax: (713) 877-9100

Robert M. Mason
Mason & Petruzzi
13601 Preston Rd., Ste. 402W
Dallas, Texas 75240
Tel: (972) 788-1500
Fax: (972) 788-1561

are admitted to practice pro hac vice as counsel for Plaintiff Therapy Products, Inc. d/b/a Erchonia Medical in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
New York, NY

_____
UNITED STATES DISTRICT JUDGE