SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOC# 12

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC. d/b/a ERCHONIA MEDICAL | § § § | |
| Plaintiff, | § § | 07 CV 8696 (DLC) |
| v. | § § | |
| LIONEL BISSOON, M.D., d/b/a MESOTHERAPIE & ESTETIK, MERIDIAN AMERICA MEDICALS, INC. MERIDIAN MEDICAL INC., and MERIDIAN CO., LTD. | § § § § § § | MOTION TO ADMIT COUNSEL PRO HAC VICE [ECF Case] |
| Defendants. | § § | |

*Granted.
Please late
So ordered.
February 8, 2008*

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Elliot Lipins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

James D. Petruzzi
Mason & Petruzzi
4900 Woodway, Suite 745
Houston, Texas 77056
Tel: (713) 840-9993
Fax: (713) 877-9100

Robert M. Mason
Mason & Petruzzi
13601 Preston Rd., Ste. 402W
Dallas, Texas 75240
Tel: (972) 788-1500
Fax: (972) 788-1561

James D. Petruzzi is a member in good standing of the Bar of the States of Texas, California, and the District of Columbia. There are no pending disciplinary proceedings against James D. Petruzzi in any State or Federal court. Copies of Certificates of Good Standing for Mr. Petruzzi for these states are enclosed herewith.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08