UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERAPY PRODUCTS, INC.
d/b/a ERCHONIA MEDICAL,

          Plaintiff,

v.

LIONEL, BISSOON, M.D.
d/b/a MESOTHERAPIE & ESTETIK,
MERIDIAN AMERICA MEDICALS, INC.
MERIDIAN MEDICAL INC., and
MERIDIAN CO., LTD.,

          Defendants.

07 Civ. 8696 (DLC)

## STATEMENT PURSUANT TO FED.R.CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Meridian Co., Ltd. ("Meridian Co.") certifies that it has no corporate parents. Meridian Co. also certifies that no publicly-held corporation owns 10% of Meridian Co.'s stock.

Dated: July 9, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Raymond R. Castello (RC 2106)
Kristen McCallion (KM 5593)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, New York 10022
Tel: (212) 765-5070
Fax: (212) 258-2291
Attorneys for Defendants
MERIDIAN CO., LTD.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing STATEMENT PURSUANT TO FED.R.CIV. P. 7.1 was served on counsel for Plaintiff by electronic mail on this 9th day of July 2008, upon:

Michael A. Cornman, Esq.
Elliot W. Lipins, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, New York  10017

michael.cornman@scgb-law.com
ewl@scgb-law.com

James D. Petruzzi, Esq.
Robert Mason, Esq.
Mason & Petruzzi
4900 Woodway, Suite 745
Houston, TX  77056

JPetruzzi@MasonPetruzzi.com
RMason@MasonPetruzzi.com

_____

30428305.doc