# Exhibit H

Case 1:07-cv-08696-DLC   Document 22-9   Filed 07/14/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-0381-N |
| | § | |
| ROMAN CHUBATY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiff Therapy Products, Inc. d/b/a Erchonia Medical's ("Erchonia") motion for leave to take expedited depositions [17]. The Court finds that Erchonia has made a sufficient showing to be entitled to discovery. Accordingly, the Court orders that Erchonia may take depositions, limited to the propriety of service of process and personal jurisdiction, of Roman Chubaty, Karmyn LaShaw, and a corporate representative of Meridian Co., Ltd. and/or Meridian Medical, Inc. Defendant Meridian Co. Ltd. is ordered to cooperate in the production of witnesses under its control. The depositions are to be taken at the place of residence of the witnesses, or such other place as the parties may agree. The depositions are to be concluded within forty-five (45) days of the date of this Order. Erchonia's response to Meridian Co., Ltd.'s motion to dismiss shall be filed within sixty (60) days of the date of this Order.

ORDER – PAGE 1

Signed June 14, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David C. Godbey
　　　　　　　　　　　　　　　　　United States District Judge

ORDER – PAGE 2