# Exhibit K

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC. d/b/a ERCHONIA MEDICAL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIV.ACT.NO. 3-07CV0381-N |
| ROMAN CHUBATY, M.D., MERIDIAN CO., LTD. and AESTHETICMD, | § § § § § | |
| Defendants. | § | |

### AMENDED CERTIIFICATE OF CONFERENCE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PLEADING

I certify that on Tuesday, August 21, 2007, a conference was held with Kelly Vickers, counsel for Meridian Co., Ltd.("Meridian Co.") during which she indicated that Meridian Co. no longer opposes Plaintiff's Motion For Leave to File an Amended Pleading adding Meridian Medical, Inc. as a party to this suit.

/s/ David Grant Crooks
David Grant Crooks

AMENDED CERTIIFICATE OF CONFERENCE                                    Page 1
REGARDING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED PLEADING

209816.1/3761.030

Respectfully submitted,

**DAVID, GOODMAN & MADOLE,**
A Professional Corporation

By: /s/ David Grant Crooks
Brett L. Myers
State Bar No. 00788101
David Grant Crooks
State Bar No. 24028168
Abby L. Ewing
State Bar No. 24053194
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
972-991-0889
972-404-0516 – Fax

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 24, 2007 on all counsel of record who are deemed to have consented to electronic service via the court's CM/ECF system.

| | |
|---|---|
| Kelly R. Vickers<br>Lauren S. Koletar<br>Fish & Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201 | Defendant<br>Meridian Co., Ltd. |
| Sid Leach<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>Phoenix, Arizona 85004-2202 | Defendants<br>AestheticMD, and<br>Roman Chubaty, M.D. |

/s/ David Grant Crooks
David Grant Crooks

AMENDED CERTIIFICATE OF CONFERENCE                                Page 2
REGARDING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED PLEADING

209816.1/3761.030