# Exhibit M

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THERAPY PRODUCTS, INC. d/b/a ERCHONIA MEDICAL, § § § | |
| Plaintiff, § § | CIV.ACT.NO. 3-07CV0381-N |
| v. § § | |
| ROMAN CHUBATY, M.D., MERIDIAN CO., LTD. and AESTHETICMD, § § § § | |
| Defendants. § | |

## UNOPPOSED MOTION TO WITHDRAW

Brett Lee Myers, Abby Lyn Ewing, David Grant Crooks and their firm, David Goodman & Madole, wish to withdraw from representing Plaintiff Therapy Products, Inc. d/b/a Erchonia Medical ("Erchonia") pursuant to Local Rule 83.12 for the following reasons:

- Erchonia no longer wishes to employ the attorneys or firm in representing Erchonia in this action;

- Erchonia has retained additional and lead trial counsel, below.

| | |
|---|---|
| James D. Petruzzi | Robert M. Mason |
| Texas Bar No. 15853280 | Texas Bar No. 13158240 |
| MASON & PETRUZZI | MASON & PETRUZZI |
| 4900 Woodway, Suite 745 | 13601 Preston Rd., 402W |
| Houston, Texas 77056 | Dallas, Texas 75240 |
| Tel: (713) 840-9993 | Tel.: (972) 788-1500 |
| Fax: (713) 877-9100 | Fax: (972) 788-1561 |
| JPetruzzi@MasonPetruzzi.com | RMason@MasonPetruzzi.com |

UNOPPOSED MOTION TO WITHDRAW - Page 1

- It is expected that all files have been transferred to Mason & Petruzzi.

Respectfully Submitted,

/s/ Brett Lee Myers
Brett Lee Myers
David Goodman & Madole
5420 LBJ Frwy, Suite 1200
Dallas, TX 75240
972/991-0889
Fax: 972/404-0516
Email: bmyers@dgmlegal.com

ATTORNEYS FOR PLAINTIFF,
Therapy Products, Inc.

**CERTIFICATE OF CONFERENCE**

I, Brett Lee Myers, conferred with Kelly Rothermel Vickers, counsel for defendants on September 12, 2007 regarding the relief sought in this motion. Mr. Vickers stated that her clients do not oppose this motion.

/s/ Brett Lee Myers
Brett Lee Myers

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007 I electronically filed the foregoing Unopposed Motion to Withdraw with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. Attorneys of record have consented in writing to accept notice as service of this document by electronic means and are being served by a "Notice of Electronic Filing" sent by the electronic case filing ("ECF") system.

/s/ Brett Lee Myers
Brett Lee Myers