# Exhibit N

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Therapy Products, Inc. d/b/a<br>Erchonia Medical<br><br>      Plaintiff,<br><br>v.<br><br>Roman Chubaty, M.D., Meridian Co., Ltd.<br>and AestheticMD<br><br>      Defendants. | 3-07-CV-0381-N<br>ECF |

## JOINT STIPULATION EXTENDING TIME TO RESPOND

Without waiving any challenge to personal jurisdiction or the issues raised in Meridian Co., Ltd.'s Motion to Dismiss, Meridian Co. Ltd. ("Meridian Co.") and Plaintiff, Therapy Products, Inc. d/b/a Erchonia Medical ("Erchonia" or "Plaintiff") file this Joint Stipulation Extending Erchonia's Time to Respond to Meridian Co.'s Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 6 requesting that the Court extend the deadline for Erchonoia to respond to Meridian Co.'s Motion to Dismiss.

WHEREAS, the deadline for Erchonia to respond to Meridian Co.'s Motion to Dismiss Plaintiff's First Amended Complaint is September 17, 2007.

WHEREAS, Plaintiff and Meridian Co., through their respective counsel, agree to an extension of Erchonia's time to respond to Meridian Co.'s Motion to Dismiss until September 27, 2007.

WHEREAS, this Stipulation is without prejudice to, or waiver of, any defenses that Meridian Co. may have to this action, including but not limited to the absence of personal jurisdiction.

**IT IS STIPULATED AND AGREED THAT** the parties hereto, through their respective counsel, hereby request that the Court issue an Order as follows:

The deadline for Erchonia to respond to Meridian's Motion to Dismiss Plaintiff's First Amended Complaint is extended to and including September 27, 2007.

SIGNED _____, 2007.

_____
JUDGE PRESIDING

**AGREED AS TO FORM, SUBSTANCE, AND ENTRY:**

_/s/ Robert M. Mason_
Robert M. Mason
Texas Bar No. 13158240
MASON & PETRUZZI
13601 Preston Rd., 402W
Dallas, Texas 75240
Tel.: (972) 788-1500
Fax: (972) 788-1561
RMason@MasonPetruzzi.com

ATTORNEYS FOR PLAINTIFF


_/s/ Kelly R. Vickers (with permission)_
Raymond R. Castello (admitted *pro hac vice*)
Kelly R. Vickers
Texas Bar No. 24041827
Lauren S. Koletar
State Bar No. 24046235
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: 214.747.5070
Fax: 214.747.2091

ATTORNEYS FOR MERIDIAN CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 14, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by First Class Mail.

| | |
|---|---|
| Sid Leach<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>Phoenix, AZ 85004-2202 | Attorney for Defendants<br>Roman Chubaty, M.D. and AestheticMD |

/s/ Robert M. Mason
Robert M. Mason