# Exhibit O

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| Therapy Products, Inc. d/b/a<br>Erchonia Medical<br><br>          Plaintiff,<br><br>     v.<br><br>Roman Chubaty, M.D., Meridian Co., Ltd.<br>and AestheticMD<br><br>          Defendants. | 3-07-CV-0381-N<br>ECF |

## <u>NOTICE OF DISMISSAL UNDER FRCP 41</u>

Plaintiff Therapy Products, Inc. d/b/a Erchonia Medical files this Notice Of Dismissal

pursuant to Federal Rule of Civil Procedure 41(a)(1) and dismisses without prejudice the

Complaint against Meridian Co., Ltd..  Meridian Co., Ltd. has not served an answer or a motion

for summary judgment in this action.

Dated:  September 28, 2007

                    Respectfully submitted,


                    _____/s Robert Mason_____
                    Robert M. Mason
                    Texas Bar No. 13158240
                    MASON & PETRUZZI
                    13601 Preston Road, 402W
                    Dallas, Texas 75240
                    Telephone: (972) 788-1500
                    Facsimile: (972) 788-1561

                    Attorneys for Plaintiff Therapy Products, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and
foregoing document has been served on September 28, 2007 to all counsel of
record who are deemed to have consented to electronic service via the Court's
CM/ECF system.

_____ /s/ Robert M. Mason _____

Robert M. Mason