# Exhibit Q



# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

| | |
|---|---|
| Meridian Medical, Inc.<br>4F, Heungseong Bldg., 197-3<br>Jamsil-dong, Songpa-gu<br>Seoul<br>South Korea | Invoice Date: 06/14/2007<br>Invoice Number: 832077<br>Client Number: 22688 |

For professional services and disbursements rendered through May 31, 2007:

## SUMMARY BY MATTER

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Applied ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | v. Therapy Products, Inc. d/b/a Erchonia Medical | 62,048.50 | 14,028.96 | 0.00 | 76,077.46 |
| | Totals: | $ 62,048.50 | $ 14,028.96 | $ 0.00 | $ 76,077.46 |

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | Standard delivery<br>Fish & Richardson P.C.<br>P.O. Box 3295<br>Boston, MA 02241-3295 | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170 | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170 |
| Telephone 617-542-5070<br>Fax 617-542-8906 | Overnight delivery<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110 | ABA No. 026009593<br>Swift Code: BOFAUS3N | ABA No. 011000138 |

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 06/14/2007 |
| Invoice Number: | 832077 |
| Client Number: | 22688 |

Matter Name:       v. Therapy Products, Inc. d/b/a Etchonia Medical
Matter No.:          22688.0001LL1

## Professional Services

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/19/2007 | KRV | | 0.8 |
| 04/20/2007 | KRV | **REDACTED** | 0.5 |
| 04/23/2007 | KRV | | 0.8 |
| 04/23/2007 | RRC | | 0.4 |
| 04/24/2007 | KRV | | 0.4 |
| 04/24/2007 | RRC | | 1.3 |
| 04/25/2007 | KRV | | 0.7 |
| 04/25/2007 | RRC | | 0.6 |
| 04/30/2007 | RRC | | 0.6 |
| 05/01/2007 | RRC | | 1.5 |
| 05/01/2007 | KRV | | 2.3 |
| 05/01/2007 | LZK | | 2.9 |
| 05/02/2007 | LZK | | 7.4 |
| 05/02/2007 | RRC | | 0.2 |
| 05/02/2007 | KRV | | 0.3 |
| 05/02/2007 | JYS | | 0.6 |

Page 2                                                    Fish & Richardson P.C.

Meridian Medical, Inc.

| | | Invoice Date: | 06/14/2007 |
| | | Invoice Number: | 832077 |
| | | Client Number: | 22688 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/03/2007 | JYS | | 0.2 |
| 05/03/2007 | KRV | **REDACTED** | 5.2 |
| 05/03/2007 | RRC | | 1.7 |
| 05/03/2007 | LZK | | 8.2 |
| 05/04/2007 | LZK | | 5.2 |
| 05/04/2007 | KRV | | 0.9 |
| 05/04/2007 | RRC | | 3.0 |
| 05/06/2007 | RRC | | 1.1 |
| 05/07/2007 | LZK | | 7.2 |
| 05/07/2007 | KRV | | 0.6 |
| 05/07/2007 | RRC | | 1.4 |
| 05/07/2007 | KAZ | | 0.5 |
| 05/08/2007 | RRC | | 0.9 |
| 05/08/2007 | KRV | | 1.8 |
| 05/08/2007 | LZK | | 8.3 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 06/14/2007 |
| Invoice Number: | 832077 |
| Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/09/2007 | LZK | | 3.4 |
| 05/09/2007 | KRV | **REDACTED** | 0.3 |
| 05/09/2007 | RRC | | 1.3 |
| 05/10/2007 | LZK | | 1.1 |
| 05/11/2007 | LZK | | 1.2 |
| 05/11/2007 | KRV | | 0.2 |
| 05/11/2007 | RRC | | 0.8 |
| 05/14/2007 | KRV | | 1.8 |
| 05/14/2007 | RRC | | 2.3 |
| 05/14/2007 | LZK | | 8.3 |
| 05/15/2007 | LZK | | 6.4 |
| 05/15/2007 | RRC | | 0.3 |
| 05/15/2007 | KRV | | 1.9 |
| 05/16/2007 | KRV | | 1.9 |
| 05/16/2007 | RRC | | 1.8 |
| 05/16/2007 | LZK | | 4.8 |

Fish & Richardson P.C.

Meridian Medical, Inc.

Invoice Date: 06/14/2007
Invoice Number: 832077
Client Number: 22688

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/17/2007 | LZK | | 4.4 |

**REDACTED**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/17/2007 | KRV | | 0.7 |
| 05/17/2007 | RRC | | 1.0 |
| 05/18/2007 | KRV | | 1.3 |
| 05/18/2007 | RRC | | 1.8 |
| 05/18/2007 | LZK | | 5.1 |
| 05/21/2007 | RRC | | 0.3 |
| 05/21/2007 | KRV | | 0.5 |
| 05/21/2007 | LZK | | 3.7 |
| 05/22/2007 | LZK | | 7.3 |
| 05/22/2007 | RRC | | 0.3 |
| 05/23/2007 | KRV | | 2.8 |
| 05/23/2007 | RRC | | 1.0 |
| 05/23/2007 | LZK | | 7.9 |
| 05/24/2007 | LZK | | 7.6 |
| 05/24/2007 | KRV | | 2.3 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 06/14/2007 |
| Invoice Number: | 832077 |
| Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/24/2007 | RRC | | 2.8 |
| | | **REDACTED** | |
| 05/25/2007 | KRV | | 0.4 |
| 05/25/2007 | LZK | | 4.3 |
| 05/25/2007 | RRC | | 0.8 |
| 05/29/2007 | KRV | | 0.5 |
| 05/29/2007 | RRC | | 0.1 |
| 05/29/2007 | LZK | | 1.4 |
| 05/30/2007 | LZK | | 0.8 |
| 05/30/2007 | PL | | 2.0 |
| 05/30/2007 | KRV | | 0.2 |
| 05/30/2007 | RRC | | 0.2 |
| 05/31/2007 | LZK | | 0.9 |
| 05/31/2007 | KRV | | 0.4 |
| | | **Total:** | **168.1** |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| RRC | Raymond R. Castello | 27.5 | 495.00 | 13,612.50 |
| KRV | Kelly A. Vickers | 29.5 | 380.00 | 11,210.00 |
| LZK | Lauren Koletar | 107.8 | 340.00 | 36,652.00 |
| PL | Paralegal | 2.0 | 140.00 | 280.00 |
| JYS | Julie Sheehan | 0.8 | 230.00 | 184.00 |
| KAZ | Kirsten A. Zener | 0.5 | 220.00 | 110.00 |
| | Total: | 168.1 | | $ 62,048.50 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 06/14/2007 |
| Invoice Number: | 832077 |
| Client Number: | 22688 |

**Disbursements**

| Description | Amount ($) |
|---|---|
| | 780.59 |
| **REDACTED** | 2,239.55 |
| | 1,317.18 |
| | 61.44 |
| | 1,701.18 |
| | 139.44 |
| | 691.55 |
| | 1,501.85 |
| | 3,945.03 |
| | 1,345.76 |
| | 61.19 |
| | 61.19 |
| | 61.19 |
| | 10.00 |
| | 5.00 |
| | 103.40 |
| | 3.42 |
| Total: | $ 14,028.96 |

| | | |
|---|---|---|
| Professional Services For This Matter | $ | 62,048.50 |
| Total Disbursements For This Matter | | 14,028.96 |
| Total Due On Matter 22688.0001LL1 | $ | 76,077.46 |

Fish & Richardson P.C.



# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

Meridian Medical, Inc.
Attn: Anna Brazier
2150 West Broadway
Vancouver, BC V6K 4L9

Invoice Date:   08/24/2007
Invoice Number:   847375
Client Number:   22688

For professional services and disbursements rendered through July 31, 2007:

## SUMMARY BY MATTER

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Applied ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | v. Therapy Products, Inc. d/b/a Erchonia Medical | 38,132.00 | 707.82 | 0.00 | 38,839.82 |
| | Totals: | $ 38,132.00 | $ 707.82 | $ 0.00 | $ 38,839.82 |

sad

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521 | Standard delivery Fish & Richardson P.C. P.O. Box 3295 Boston, MA 02241-3295 | Bank of America 100 Federal Street Boston, MA 02110 Account No. 511-43170 ABA No. 026009593 | Bank of America 100 Federal Street Boston, MA 02110 Account No. 511-43170 ABA No. 011000138 |
| Telephone 617-542-5070 Fax 617-542-8906 | Overnight delivery Fish & Richardson P.C. 225 Franklin Street Boston, MA 02110 | Swift Code: BOFAUS3N | |

Meridian Medical, Inc.

Invoice Date:    08/24/2007
Invoice Number:    847375
Client Number:    22688

**Matter Name:**    **v. Therapy Products, Inc. d/b/a Erchonia Medical**
Matter No.:    22688.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/2007 | RRC | | 0.2 |
| 06/04/2007 | KRV | **REDACTED** | 0.3 |
| 06/04/2007 | RRC | | 1.0 |
| 06/04/2007 | LZK | | 5.4 |
| 06/05/2007 | LZK | | 3.3 |
| 06/05/2007 | RRC | | 0.3 |
| 06/05/2007 | AAM | | 0.2 |
| 06/06/2007 | AAM | | 1.5 |
| 06/08/2007 | LZK | | 2.4 |
| 06/15/2007 | LZK | | 1.8 |
| 06/15/2007 | RRC | | 2.5 |
| 06/18/2007 | KRV | | 1.9 |
| 06/18/2007 | RRC | | 2.8 |
| 06/18/2007 | LZK | | 2.4 |
| 06/19/2007 | LZK | | 0.4 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | | Invoice Date: | 08/24/2007 |
|---|---|---|---|
| | | Invoice Number: | 847375 |
| | | Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/19/2007 | KRV | | 1.2 |
| 06/19/2007 | RRC | **REDACTED** | 3.0 |
| 06/20/2007 | RRC | | 2.3 |
| 06/20/2007 | KRV | | 1.2 |
| 06/20/2007 | LZK | | 0.2 |
| 06/21/2007 | KRV | | 1.7 |
| 06/21/2007 | RRC | | 2.3 |
| 06/25/2007 | RRC | | 0.8 |
| 06/25/2007 | LZK | | 0.8 |
| 06/26/2007 | LZK | | 6.6 |
| 06/26/2007 | RRC | | 2.8 |
| 06/26/2007 | KRV | | 2.5 |
| 06/27/2007 | RRC | | 2.1 |
| 06/27/2007 | LZK | | 6.4 |

Fish & Richardson P.C.

Meridian Medical, Inc.

Invoice Date: 08/24/2007
Invoice Number: 847375
Client Number: 22688

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/28/2007 | LZK | | 6.7 |

**REDACTED**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/28/2007 | KRV | | 0.6 |
| 06/28/2007 | RRC | | 1.9 |
| 06/28/2007 | AAM | | 1.2 |
| 06/29/2007 | RRC | | 1.7 |
| 06/29/2007 | KRV | | 0.5 |
| 06/29/2007 | LZK | | 4.7 |
| 07/02/2007 | AAM | | 0.2 |
| 07/02/2007 | RRC | | 2.1 |
| 07/02/2007 | KRV | | 0.7 |
| 07/02/2007 | LZK | | 2.8 |
| 07/03/2007 | RRC | | 0.6 |
| 07/03/2007 | LZK | | 2.1 |
| 07/03/2007 | KRV | | 0.2 |

Fish & Richardson P.C.

Meridian Medical, Inc.

Invoice Date:      08/24/2007
Invoice Number:      847375
Client Number:      22688

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/05/2007 | AAM | | 0.5 |
| | | **REDACTED** | |
| 07/05/2007 | RRC | | 0.5 |
| 07/05/2007 | KRV | | 0.2 |
| 07/05/2007 | LZK | | 2.6 |
| 07/06/2007 | LZK | | 0.4 |
| 07/10/2007 | RRC | | 0.3 |
| 07/11/2007 | KRV | | 0.5 |
| 07/11/2007 | RRC | | 0.2 |
| 07/12/2007 | KRV | | 0.2 |
| 07/12/2007 | RRC | | 0.4 |
| 07/16/2007 | RRC | | 0.1 |
| 07/17/2007 | KRV | | 0.3 |
| 07/18/2007 | RRC | | 0.1 |
| 07/19/2007 | KRV | | 0.3 |
| 07/20/2007 | RRC | | 0.3 |
| 07/20/2007 | KRV | | 0.8 |
| 07/22/2007 | KRV | | 0.2 |
| 07/23/2007 | KRV | | 0.3 |
| 07/23/2007 | LZK | | 0.4 |
| 07/26/2007 | KRV | | 0.2 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 08/24/2007 |
| Invoice Number: | 847375 |
| Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/27/2007 | RRC | | 1.8 |
| | | **REDACTED** | |
| 07/30/2007 | RRC | | 0.5 |
| 07/31/2007 | RRC | | 0.6 |
| | | **Total:** | **98.0** |

## Timekeeper Summary

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| RRC | Raymond R. Castello | 31.2 | 495.00 | 15,444.00 |
| KRV | Kelly A. Vickers | 13.8 | 380.00 | 5,244.00 |
| LZK | Lauren Koletar | 49.4 | 340.00 | 16,796.00 |
| AAM | Amalia Macias | 3.6 | 180.00 | 648.00 |
| | **Total:** | 98.0 | | $ 38,132.00 |

## Disbursements

| Description | Amount ($) |
|---|---|
| | 351.25 |
| | 195.04 |
| | 59.85 |
| | 14.00 |
| | 25.00 |
| | 4.00 |
| | 50.00 |
| | 1.96 |
| | 6.72 |
| **Total:** | $ 707.82 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 08/24/2007 |
| Invoice Number: | 847375 |
| Client Number: | 22688 |

Professional Services For This Matter      $     38,132.00
Total Disbursements For This Matter            707.82

Total Due On Matter 22688.0001LL1      $     38,839.82

Fish & Richardson P.C.

# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

Meridian Medical, Inc.
Attn: Anna Brazier
2150 West Broadway
Vancouver, BC V6K 4L9

| | |
|---|---|
| Invoice Date: | 09/18/2007 |
| Invoice Number: | 851284 |
| Client Number: | 22688 |

---

For professional services and disbursements rendered through August 31, 2007:

## SUMMARY BY MATTER

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Applied ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | v. Therapy Products, Inc. d/b/a Erchonia Medical | 14,994.00 | 0.00 | 0.00 | 14,994.00 |
| | Totals: | $ 14,994.00 | $ 0.00 | $ 0.00 | $ 14,994.00 |

sad

---

**Remittance Information**

**Federal ID No.** 04-3254521

Telephone 617-542-5070
Fax  617-542-8906

**Checks**

**Standard delivery**
Fish & Richardson P.C.
P.O. Box 3295
Boston, MA 02241-3295
**Overnight delivery**
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

**Wire Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 026009593
Swift Code: BOFAUS3N

**ACH Transfers**

Bank of America
100 Federal Street
Boston, MA 02110
Account No. 511-43170
ABA No. 011000138

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 09/18/2007 |
| Invoice Number: | 851284 |
| Client Number: | 22688 |

**Matter Name:**    **v. Therapy Products, Inc. d/b/a Erchonia Medical**
Matter No.:          22688.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/07/2007 | KRV | | 0.4 |
| 08/07/2007 | RRC | **REDACTED** | 0.8 |
| 08/08/2007 | KRV | | 0.6 |
| 08/08/2007 | RRC | | 0.6 |
| 08/08/2007 | AAM | | 0.5 |
| 08/10/2007 | KRV | | 0.3 |
| 08/10/2007 | RRC | | 0.4 |
| 08/11/2007 | RRC | | 0.2 |
| 08/13/2007 | KRV | | 0.3 |
| 08/13/2007 | RRC | | 0.8 |
| 08/14/2007 | KRV | | 2.4 |
| 08/14/2007 | RRC | | 2.5 |
| 08/15/2007 | KRV | | 3.1 |
| 08/15/2007 | RRC | | 2.7 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | | | |
|---|---|---|---|
| Invoice Date: | 09/18/2007 |
| Invoice Number: | 851284 |
| Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/16/2007 | RRC | | 0.3 |
| | | **REDACTED** | |
| 08/16/2007 | KRV | | 0.2 |
| 08/20/2007 | RRC | | 0.3 |
| 08/21/2007 | KRV | | 1.5 |
| 08/21/2007 | RRC | | 2.8 |
| 08/21/2007 | LZK | | 0.9 |
| 08/21/2007 | AAM | | 1.0 |
| 08/22/2007 | LZK | | 0.3 |
| 08/22/2007 | KRV | | 0.9 |
| 08/22/2007 | RRC | | 0.6 |
| 08/27/2007 | LZK | | 1.5 |
| 08/27/2007 | KRV | | 0.4 |
| 08/27/2007 | RRC | | 0.8 |
| 08/28/2007 | KRV | | 1.8 |
| 08/28/2007 | RRC | | 2.6 |
| 08/29/2007 | LZN | | 0.3 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 09/18/2007 |
| Invoice Number: | 851284 |
| Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/29/2007 | RRC | | 1.5 |

## REDACTED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/29/2007 | KRV | | 2.2 |
| | | Total: | 35.5 |

## Timekeeper Summary

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| RRC | Raymond R. Castello | 16.9 | 495.00 | 8,365.50 |
| KRV | Kelly A. Vickers | 14.1 | 380.00 | 5,358.00 |
| LZK | Lauren Koletar | 2.7 | 340.00 | 918.00 |
| LZN | Linda M. Novak | 0.3 | 275.00 | 82.50 |
| AAM | Amalia Macias | 1.5 | 180.00 | 270.00 |
| | Total: | 35.5 | | $ 14,994.00 |

| | | |
|---|---|---|
| Professional Services For This Matter | $ | 14,994.00 |
| Total Due On Matter 22688.0001LL1 | $ | 14,994.00 |

Fish & Richardson P.C.

# FR  FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

|  |  |
|---|---|
| Meridian Medical, Inc.<br>Attn: Anna Brazier<br>2150 West Broadway<br>Vancouver, BC V6K 4L9 | Invoice Date:      10/17/2007<br>Invoice Number:      858752<br>Client Number:      22688<br>Client File #: |

For professional services and disbursements rendered through September 30, 2007:

## SUMMARY BY MATTER

| Matter Number | Matter Name | Fees ($) | Disb. ($) | Trust/ Retainer Applied ($) | Total ($) |
|---|---|---|---|---|---|
| 0001LL1 | v. Therapy Products, Inc. d/b/a Exchonia Medical | 9,273.00 | 132.76 | 0.00 | 9,405.76 |
| | Totals: | $  11,386.50 | $  2,135.81 | $  0.00 | $  13,522.31 |

SAD

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| Federal ID No. 04-3254521<br><br>Telephone 617-542-5070<br>Fax  617-542-8906 | Standard delivery<br>Fish & Richardson P.C.<br>P.O. Box 3295<br>Boston, MA 02241-3295<br>Overnight delivery<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110 | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170<br>ABA No. 026009593<br>Swift Code: BOFAUS3N | Bank of America<br>100 Federal Street<br>Boston, MA 02110<br>Account No. 511-43170<br>ABA No. 011000138 |

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 10/17/2007 |
| Invoice Number: | 858752 |
| Client Number: | 22688 |

**Matter Name:**    **v. Therapy Products, Inc. d/b/a Erchonia Medical**
Matter No.:       22688.0001LL1

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/04/2007 | RRC | | 0.2 |
| 09/04/2007 | LZK | **REDACTED** | 0.8 |
| 09/06/2007 | KRV | | 0.2 |
| 09/06/2007 | RRC | | 1.6 |
| 09/10/2007 | AAM | | 1.0 |
| 09/10/2007 | LZK | | 0.9 |
| 09/11/2007 | LZK | | 1.6 |
| 09/11/2007 | RRC | | 0.2 |
| 09/11/2007 | KRV | | 0.3 |
| 09/12/2007 | KRV | | 0.8 |
| 09/12/2007 | RRC | | 1.0 |
| 09/12/2007 | LZK | | 0.5 |
| 09/13/2007 | LZK | | 2.2 |
| 09/13/2007 | RRC | | 2.2 |
| 09/14/2007 | KRV | | 0.8 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | |
|---|---|
| Invoice Date: | 10/17/2007 |
| Invoice Number: | 858752 |
| Client Number: | 22688 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/14/2007 | RRC | | 0.8 |
| | | **REDACTED** | |
| 09/14/2007 | LZK | | 1.1 |
| 09/17/2007 | LZK | | 0.3 |
| 09/17/2007 | KRV | | 0.4 |
| 09/17/2007 | RRC | | 0.8 |
| 09/18/2007 | KRV | | 0.3 |
| 09/18/2007 | AAM | | 0.3 |
| 09/19/2007 | RRC | | 0.3 |
| 09/21/2007 | RRC | | 1.8 |
| 09/21/2007 | KRV | | 0.6 |
| 09/23/2007 | RRC | | 0.3 |
| 09/27/2007 | KRV | | 0.1 |
| 09/28/2007 | RRC | | 0.6 |
| 09/28/2007 | KRV | | 0.4 |
| 09/28/2007 | LZK | | 0.4 |
| 09/28/2007 | AAM | | 0.3 |
| | | **Total:** | **23.1** |

**Timekeeper Summary**

| Initials | Name | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| RRC | Raymond R. Castello | 9.8 | 495.00 | 4,851.00 |
| KRV | Kelly A. Vickers | 3.9 | 380.00 | 1,482.00 |
| LZK | Lauren Koletar | 7.8 | 340.00 | 2,652.00 |

Fish & Richardson P.C.

Meridian Medical, Inc.

| | | Invoice Date: | 10/17/2007 |
| | | Invoice Number: | 858752 |
| | | Client Number: | 22688 |

| Initials | Name | Hours | Rate ($) | Amount ($) |
|----------|------|-------|----------|------------|
| AAM | Amalia Macias | 1.6 | 180.00 | 288.00 |
| | Total: | 23.1 | | $ 9,273.00 |

**Disbursements**

| Description | Amount ($) |
|-------------|------------|
| | 120.90 |
| | 1.40 |
| | 0.56 |
| | 9.90 |
| Total: | $ 132.76 |

| | | |
|---|---|---|
| Professional Services For This Matter | $ | 9,273.00 |
| Total Disbursements For This Matter | | 132.76 |
| Total Due On Matter 22688.0001LL1 | $ | 9,405.76 |

Fish & Richardson P.C.