## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents:

1.   NOTICE OF MOTION AND MOTION FOR AWARD OF COSTS, FEES AND STAY OF PROCEEDINGS PURSUANT TO FED. RULE CIV. P. 41(d)

2.   MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR AN AWARD OF COSTS AND STAY OF PROCEEDINGS PURSUANT TO RULE 41(d)

3.   DECLARATION OF RAYMOND CASTELLO IN SUPPORT OF DEFENDANTS' MOTION PURSUANT TO FED. RULE CIV. P. 41(d)

were served on counsel for Plaintiff by electronic mail, upon:

Michael A. Cornman, Esq.
Elliot W. Lipins, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue
New York, New York  10017

michael.cornman@scgb-law.com
ewl@scgb-law.com

James D. Petruzzi, Esq.
Robert Mason, Esq.
Mason & Petruzzi
4900 Woodway, Suite 745
Houston, TX  77056

JPetruzzi@MasonPetruzzi.com
RMason@MasonPetruzzi.com

on this 14th day of July, 2008.

_Melissa M Shani_ (signature)

30428191.doc