```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
THERAPY PRODUCTS, INC. d/b/a ERCHONIA   :
MEDICAL,                                :
                                        :
                          Plaintiff,    :    07 Civ. 8696 (DLC)
                                        :
                                        :         ORDER
            -v-                         :
                                        :
LIONEL BISSOON, M.D., d/b/a             :
MESOTHERAPIE & ESTETIK, MERIDIAN        :
AMERICA MEDICALS, INC., MERIDIAN        :
MEDICAL INC., and MERIDIAN CO., LTD.,   :
                                        :
                          Defendants.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 14, 2008, defendants filed a motion pursuant to Rule 41(d), Fed. R. Civ. P., requesting an award of costs and attorney's fees to defendant Meridian Co., Ltd. in connection with a prior action instituted and voluntarily dismissed by the plaintiff, and a stay of this action pending the payment of such costs and fees by the plaintiff. It is hereby

ORDERED that any opposition to the Rule 41(d) motion is due on or before August 1, 2008; any reply is due on or before August 8.

IT IS FURTHER ORDERED that this action will not be stayed pending briefing or decision on the motion.

IT IS FURTHER ORDERED that at the time the reply is served, defendants shall supply two courtesy copies of all motion papers

to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

   SO ORDERED:

Dated:   New York, New York
         July 17, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge