UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

THERAPY PRODUCTS, INC.
d/b/a ERCHONIA MEDICAL,

        Plaintiff,

v.

LIONEL BISSOON, M.D.
d/b/a MESOTHERAPIE & ESTETIK,
MERIDIAN AMERICA MEDICALS, INC.
MERIDIAN MEDICAL INC., and
MERIDIAN CO., LTD.,

        Defendants.

07 Civ. 8696 (DLC)

Amended PRETRIAL SCHEDULING ORDER

DENISE COTE, District Judge:

~~As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on March 28, 2008, and~~ As amended this date, the following schedule shall govern the further conduct of pretrial proceedings in this case.

1. ~~No additional parties may be joined or pleadings amended after May 2, 2008.~~

2. ~~The parties are instructed to contact the chambers of Magistrate Judge Katz prior to May 30, 2008 in order to pursue settlement discussions under his supervision.~~

3. All fact discovery must be completed by **October 10, 2008**.

4. Identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a) (2) (B), Fed.R.Civ.P., by the party bearing the burden of proof on the issue must occur by **October 24, 2008**.
Identification of experts and disclosure of expert testimony in rebuttal must occur by **November 21, 2008**.

5. All expert discovery must be completed by **December 12, 2008**.

6. The following motion will be served by the dates indicated below.

    - Any motion for summary judgment.
    - Motion served by **January 16, 2009**
    - Opposition served by **February 6, 2009**
    - Reply served by **February 13, 2009**

1

At the time any Reply is served the moving party shall supply two courtesy copies of all motions papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial order must be filed by **January 16, 2009**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

*There shall be no extensions of the January 16, 2009 dates.*

Dated: New York, New York
July 17, 2008

_____
DENISE COTE
United States District Judge

22688002LL1.doc