**January 26, 2006 NASD OTC-BB: MRDAF**

**Meridian Commences Lipo-Laser Study with World Renowned Physician**

Meridian Co., Ltd. ("Meridian") (OTCBB:MRDAF - News), announced today that it has entered into an agreement with Dr. R.A. Chubaty of Aestheticmd (www.Aestheticmd.com) for the study of the effects of the Lipo-Laser on subdermal adipose (fat) tissue.

Dr. Chubaty is a world renowned physician with a practice focusing on cellulite and spot fat reduction known as Mesotherapy. Dr. Chubaty was trained by Dr. Jacques Le Coz and Dr. Patricia Rittes, both of whom are considered pioneers and leading authorities on Mesotherapy.

Dr. Chubaty has trained over 500 physicians worldwide, including Korea, Hong Kong, Taiwan, Singapore, United Kingdom, Philippines and the United Arab Emirates. He has also collaborated with leading medical institutions such as the UCLA Medical Center.

Dr. Chubaty is the Founder and President of the International Mesotherapy Society.

The study will involve 10 patients of varying demographic backgrounds and will include measurements both before and after treatment using the following parameters:

1) Weight

2) BMI (Body Mass Index)

3) Girth Measurement

4) Fat Calipers

5) Before and After photo evidence

The study protocol indicates the treatment will be performed for a period of 30 days and will be administered from Dr. Chubaty's medical clinic located in Scottsdale, Arizona.

"This is an important step for Meridian to demonstrate to the North American market the effectiveness of the Lipo-Laser from a non-arms length third party. Validation of the performance of our product will greatly assist in our efforts to achieve worldwide approvals from agencies such as the FDA," stated Hyeon Seong Myeong, President of Meridian Co., Ltd.

More About: Lipo-Laser

The Lipo-Laser was developed specifically to target the growing obesity market. The Lipo-laser's non-invasive treatment is considered one of the most innovative methods

EXHIBIT B

to liquefy adipose tissue, and the demand for this type of treatment is expected to grow rapidly, not only in the plastic surgery profession, but in any clinical setting, such as spas and wellness centers, that treat localized body fat deposits which may not have responded to diet and exercise.

About Meridian

Meridian is an established leader in the research/development, manufacturing and sales of integrative medical diagnostic equipment. The company sells its products and equipment to a wide array of customers in the global health care industry. The company presently holds a total of 18 worldwide patents on its technology, and has received FDA, as well as other international regulatory approvals for many of its products.

On Behalf of the Board of Directors, Hyeon Seong Myeong President

This press release may contain certain forward-looking information and statements concerning the company's operations, performance and financial condition. These statements are based upon a number of uncertainties and contingencies, many of which are beyond the control of the company. Actual results may differ materially from those expressed or implied by such forward-looking statements. This document is not intended to be and is not an advertisement for any securities of the company.

**Contact:**

**Meridian Medical Inc.**
**Tariz Tyab**
**Corporate Communications**
**1-877-738-8119**
**www.MeridianMedical.ca**

EXHIBIT B