**REDACTED**

```
-------------------------- Original Message ----------------------------
Subject: Fwd: LipoLaser Trademark
From:    Drbuttar@aol.com
Date:    Sun, September 2, 2007 10:35 pm
To:      abrazier@meridianmedical.ca
------------------------------------------------------------------------
```

Anna,

Just an FYI...are these the same people that you were fighting about the name, etc.?

Hoping this letter finds you in the best of health and spirits,

Rashid A. Buttar, DO, FAAPM, FACAM, FAAIM

Medical Director, Advanced Concepts in Medicine
The Center for Advanced Medicine and Clinical Research
9630 Julian Clark Avenue
Huntersville, NC 28078
704-895-WELL (9355)
_www.drbuttar.com_ (http://www.drbuttar.com/)

05/09/2007

EXHIBIT C

Meridian Medical 00753

```
*********************************** Get a sneak peek of the all-new AOL at
http://discover.aol.com/memed/aoldom30tour
```

----- Message from "John Malherbe" <John@skinrevision.co.za> on Sun, 2 Sep 2007 13:20:24 +0200 -----

**To:** "Steve Shanks" <SShanks@erchonia.com>
**cc:** Tracey <tnathan@skinrevision.co.za>
**Subject:** RE: LipoLaser Trademark

Dear Steven,

I wish to give my assurance to you that we, in our promotion of the LAPEX 2000 will only be using the name LAPEX 2000 in promoting, communicating, marketing and selling the device.

In addition we are developing our own material specific to each market and segment and this will include the clinical evaluation, professional endorsement where necessary and if appropriate clinical assessment. This has always been our intention and is the directive we have received from our business partners.

Sincerely

John Malherbe
Marketing Director

---

**From:** Steve Shanks [mailto:SShanks@erchonia.com]
**Sent:** Friday, August 31, 2007 8:10 PM
**To:** Nathalie
**Subject:**

Tracey

My name is Steven Shanks and I am the President of Erchonia Medical I do not know if you are aware that we are the owners of the trademark LipoLaser and that Meridian has been using our research to promote there device. We hold the US patent for low level laser liposuction and we have spent millions of dollars on research proving the cellular and clinical effects.

We have an FDA approval for liposuction and have been published in every major Plastic Surgery and Cosmetic Surgery journal. We filed a trademark lawsuit against Meridian in the US for using our Lipolaser trademark.

Steven Shanks
President
Erchonia Medical

## REDACTED

```
-------------------- Original Message ----------------------
Subject: Fwd: LipoLaser Trademark
From:    Drbuttar@aol.com
Date:    Sun, September 2, 2007 10:35 pm
To:      abrazier@meridianmedical.ca
-------------------------------------------------------------

Anna,

Just an FYI...are these the same people that you were fighting about the
name, etc.?

Hoping this  letter finds you in the best of health and spirits,

Rashid A.  Buttar, DO, FAAPM, FACAM, FAAIM

Medical Director, Advanced Concepts in  Medicine
```
05/09/2007

EXHIBIT C

Meridian Medical 00754

The Center for Advanced Medicine and Clinical Research
9630 Julian Clark Avenue
Huntersville, NC 28078
704-895-WELL (9355)
_www.drbuttar.com_ (http://www.drbuttar.com/)


************************************** Get a sneak peek of the all-new AOL at
http://discover.aol.com/memed/aoldom30tour

----- Message from "John Malherbe" <John@skinrevision.co.za> on Sun, 2 Sep 2007 13:20:24 +0200 -----
**To:** "Steve Shanks" <SShanks@erchonia.com>
**cc:** Tracey <tnathan@skinrevision.co.za>
**Subject:** RE: LipoLaser Trademark

Dear Steven,

I wish to give my assurance to you that we, in our promotion of the LAPEX 2000 will only be using the name LAPEX 2000 in promoting, communicating, marketing and selling the device.

In addition we are developing our own material specific to each market and segment and this will include the clinical evaluation, professional endorsement where necessary and if appropriate clinical assessment. This has always been our intention and is the directive we have received from our business partners.

Sincerely

John Malherbe
Marketing Director


**From:** Steve Shanks [mailto:SShanks@erchonia.com]
**Sent:** Friday, August 31, 2007 8:10 PM
**To:** Nathalie
**Subject:**

Tracey

My name is Steven Shanks and I am the President of Erchonia Medical I do not know if you are aware that we are the owners of the trademark LipoLaser and that Meridian has been using our research to promote there device. We hold the US patent for low level laser liposuction and we have spent millions of dollars on research proving the cellular and clinical effects.

We have an FDA approval for liposuction and have been published in every major Plastic Surgery and Cosmetic Surgery journal. We filed a trademark lawsuit against Meridian in the US for using our Lipolaser trademark.

Steven Shanks
President
Erchonia Medical


**REDACTED**


--------------------- Original Message ---------------------
Subject: Fwd: FW: LipoLaser Trademark
From:    Drbuttar@aol.com
Date:    Mon, September 3, 2007 6:11 am
To:      abrazier@meridianmedical.ca
-------------------------------------------------------------


In a message dated 9/3/2007 7:32:15 AM Eastern Daylight Time,
05/09/2007

EXHIBIT C

Meridian Medical 00755

John@skinrevision.co.za writes:

Hello Rashid, for info....the reponse from Steve Shanks of Erchonia.

-----Original Message-----
From: Steve Shanks [_mailto:SShanks@erchonia.com_
(mailto:SShanks@erchonia.com) ]
Sent: Sun 9/2/2007 5:18 PM
To: John Malherbe
Subject: RE: LipoLaser Trademark

John


Thank you. There are a lot of knock off devices and there are very few that have actually created what they market. We have a patent on liposuction and have filed an international patent for non invasive fat emulsification. I am not trying to create conflict but I feel Meridian has tried to steal what we have created and I will prove it in a court of law.


The Lapex 2000 is approved for carpal tunnel in the US and they filed a substantial equivalence off of Microlight. I do not believe Meridian does any research at all with low level lasers.


Steve


Hoping this letter finds you in the best of health and spirits,

Rashid A. Buttar, DO, FAAPM, FACAM, FAAIM

Medical Director, Advanced Concepts in Medicine
The Center for Advanced Medicine and Clinical Research
9630 Julian Clark Avenue
Huntersville, NC 28078
704-895-WELL (9355)
_www.drbuttar.com_ (http://www.drbuttar.com/)


************************************** Get a sneak peek of the all-new AOL at
http://discover.aol.com/memed/aolcom30tour

----- Message from "John Malherbe" <John@skinrevision.co.za> on Mon, 3 Sep 2007 13:29:29 +0200 -----

**To:** Drbuttar@aol.com
**cc:** jennab@drbuttar.com, tnathan@sinrevision.co.za
**Subject:** FW: LipoLaser Trademark


Hello Rashid, for info....the reponse from Steve Shanks of Erchonia.

-----Original Message-----
From: Steve Shanks [mailto:SShanks@erchonia.com]
Sent: Sun 9/2/2007 5:18 PM
To: John Malherbe
Subject: RE: LipoLaser Trademark

John


Thank you. There are a lot of knock off devices and there are very few that have actually created what they market. We have a patent on liposuction and have filed an international patent for non invasive fat emulsification. I am not trying to create conflict but I feel Meridian

05/09/2007

EXHIBIT C

Meridian Medical 00756

has tried to steal what we have created and I will prove it in a court of law.

The Lapex 2000 is approved for carpal tunnel in the US and they filed a substantial equivalence off of Microlight. I do not believe Meridian does any research at all with low level lasers.

Steve

---

From: John Malherbe [mailto:John@skinrevision.co.za]
Sent: Sunday, September 02, 2007 6:20 AM
To: Steve Shanks
Cc: Tracey
Subject: RE: LipoLaser Trademark

Dear Steven,

I wish to give my assurance to you that we, in our promotion of the LAPEX 2000 will only be using the name LAPEX 2000 in promoting, communicating, marketing and selling the device.

In addition we are developing our own material specific to each market and segment and this will include the clinical evaluation, professional endorsement where necessary and if appropriate clinical assessment. This has always been our intention and is the directive we have received from our business partners.

Sincerely

John Malherbe

Marketing Director

---

From: Steve Shanks [mailto:SShanks@erchonia.com]
Sent: Friday, August 31, 2007 8:10 PM
To: Nathalie
Subject:

Tracey

My name is Steven Shanks and I am the President of Erchonia Medical I do not know if you are aware that we are the owners of the trademark LipoLaser and that Meridian has been using our research to promote there device. We hold the US patent for low level laser liposuction and we have spent millions of dollars on research proving the cellular and clinical effects.

We have an FDA approval for liposuction and have been published in every major Plastic Surgery and Cosmetic Surgery journal. We filed a trademark

05/09/2007

**EXHIBIT C**

Meridian Medical 00757