

LAPEX2000

# Meridian Medical Inc. Revolutionizes Body-Forming Technology With the LAPEX 2000 LipoLaser

Monday December 3, 2:59 pm ET

### Health Canada approved LipoLaser uses innovative laser technology to instantly reduce body fat

VANCOUVER, BRITISH COLUMBIA--(Marketwire - Dec. 3, 2007) - Meridian Medical Inc. (OTCBB:MRDAF - News)is pleased to announce the launch of the Health Canada approved LAPEX 2000 LipoLaser - a non-invasive, pain-free laser treatment for spot fat reduction and aesthetic body-forming. Using innovative laser technology, the LipoLaser targets fat tissue layers, instantly refining and reshaping problem areas including waistlines, arms, legs, thighs, buttocks and back.

   LipoLaser is a stand-alone body-forming laser system, which has received Health Canada approval and is exclusively distributed by Meridian Medical Inc. in North America. "With a single treatment, LipoLaser has the ability to reduce waistlines and other areas by one to four centimetres on most skin and body types, setting it apart from any other body-forming aesthetic device on the market," said Anna Brazier, president of Meridian Medical Inc. "Doctors have reported as much as five inches of loss after a standard four week treatment cycle. The LipoLaser offers clients the luxury of inch loss without having to go under the knife."

LipoLaser uses patent and patent-pending technology to externally target fat cells during each treatment session. Treatments are completely non-invasive and pain-free, allowing clients to resume normal activities immediately after each treatment without any residual bruising, swelling or discomfort.

"Studies have shown that those who eat a healthy diet and exercise regularly will experience the best LipoLaser results. However, even those with sluggish metabolisms have reported a unique and invigorating body wake-up," said Brazier.

During treatments, the fat cells are made temporarily permeable allowing cell contents to spill out, converting the fat to free fatty acids, water and glycerol, which in turn are processed through the body's natural metabolic functions. The body can easily process the amount of mobilized fat released during a standard treatment cycle.

Low-level laser technology has been used and studied for more than 20 years for a variety of biomedical purposes including wound healing, pain relief and inflammation. Meridian Medical conducted an FDA and Health Canada-requested double-blind randomized institutional review board study on the safety and efficacy of the LipoLaser. The study concluded that LipoLaser provided a significant girth loss, which was maintained over repeated treatments.

The LipoLaser's small size and ease of portability allows trained technicians to conduct treatments in any small room with a standard electrical outlet from exam rooms to treatment rooms to the home.

EXHIBIT
Bussoon 24
6-4-08  LF

Meridian Medical 00224

EXHIBIT E

About Meridian Medical Inc.

Meridian Medical Inc. is the exclusive North American distributor of Meridian Co. Ltd., an established leader in the research/development, manufacturing and sales of advanced medical devices in the healthcare industry. With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. Meridian presently holds a total of 18 worldwide patents on its technology and has received FDA approval and Health Canada approval as well as other international regulatory approvals for many of its products. Meridian has more than 1,500 clients including physicians, hospitals, clinics, healthcare professionals and wellness centers in Korea, U.S., Canada, China, Japan and Europe, and continues to successfully market its superior product line to a growing number of clients worldwide.

To find out more about Meridian (OTCBB:MRDAF - News), please visit our website at http://www.meridianmedical.ca.

Meridian Medical 00225

EXHIBIT E