**December 4, 2006 NASD OTC-BB: MRDAF**

**Meridian to Attend the 14th Annual International Congress on Anti-Aging Medicine and Biomedical Technology Showcasing the LipoLaser and Digital Pulse Analyzer**

Meridian Co., Ltd. ("Meridian" or the "Company") (OTC BB:MRDAF.OB - News), is pleased to announce that it will be attending the 14th Annual International Congress on Anti-Aging Medicine and Biomedical Technology, with an expected attendance of over 5,000 participants, held at the Venetian in Las Vegas from December 7 to 10, 2006.

CardioBeam, Ltd., an independent distributor for Meridian, will be representing the DPA at booth 1040. Assisting at the booth will be a team of the most respected Physicians in medicine led by Clair Francomano MD, the former Clinical Director of the National Human Genome Research Institute and Associate Professor of Medicine and Pediatrics, Johns Hopkins University School of Medicine.

The new LipoLaser will be presented by Meridian representatives, led by Debbie Williams, RN, VP of Corporate Medical Affairs for Meridian Medical Inc. at booth 2071, who will be on hand to demonstrate this innovative technology to the medical community wishing to add value to their practice and a sought-after service for their clients.

President and CEO, Mr. Myeong states: "The anti-aging conferences have always been successful events for Meridian that have increased our sales, distribution channels and presence throughout North America. We look forward to this exciting opportunity to showcase not only the Digital Pulse Analyzer but to demonstrate our newest product - the LipoLaser, a non-invasive device designed to treat cellulite and improve body contour."

This conference is the largest, leading industry event worldwide in the area of preventative medicine and bio-medical technologies. Anti-aging medicine is the fastest growing new medical specialty and Meridian's product line fits perfectly into this progressive environment. In attendance will be some of the most influential physicians, scientists, educators, industrialists, investment bankers and journalists from around the world.

More About: LipoLaser

The LipoLaser was designed to target the medical and aesthetic market, specifically to address body shaping/contouring, spot fat reduction, and reduction in the appearance of cellulite. The LipoLaser's non-invasive treatment is considered one of the most innovative methods to remove adipose fat tissue, and the demand for this type of treatment is expected to grow rapidly, not only in the plastic surgery profession but in any clinical setting such as spas and wellness centers that treat localized body fat deposits which may not have responded to diet and exercise.

EXHIBIT F

Light-based treatments are now the mainstays of medical aesthetic practices. These treatments earned more than $8 billion for practitioners and almost $550 million for equipment manufacturers. By 2009, this is expected to grow to over 84 million treatments annually earning practitioners $13.9 billion and manufacturers nearly $1 billion.

More About: Digital Pulse Analyzer ("DPA")

The "DPA" accurately measures arterial elasticity and provides health care practitioners with critical information regarding arterial aging. This FDA 510 (k) cleared device is inexpensive, non-invasive, and can provide results in minutes.

The Company feels that use of the "DPA" can help caregivers reduce cardiovascular disease in their patient populations through early detection and prevention, and ultimately assist to decrease the associated financial costs placed on the health care industry. Cardiovascular disease is the #1 killer in the United States with an estimated economic cost of approximately $298 billion.

More About: Meridian

Meridian is an established leader in the research/development, manufacturing, and sales of integrative medical diagnostic equipment. The company sells its products and equipment to a wide array of customers in the global health care industry. The company presently holds a total of 18 worldwide patents on its technology, and has received FDA, as well as other international regulatory approvals for many of its products.

On Behalf of the Board of Directors, Hyeon Seong Myeong, President

This press release may contain certain forward-looking information and statements concerning the company's operations, performance and financial condition. These statements are based upon a number of uncertainties and contingencies, many of which are beyond the control of the Company. Actual results may differ materially from those expressed or implied by such forward-looking statements. This document is not intended to be and is not an advertisement for any securities of the Company.

Contact:
Meridian Co., Ltd.
Peter Holeczek
Corporate Communications
1-866-736-3306
Website: http://www.MeridianMedical.ca

EXHIBIT F