```
              IN THE UNITED STATES DISTRICT COURT

             FOR THE NORTHERN DISTRICT OF TEXAS

                       DALLAS DIVISION


THERAPY PRODUCTS, INC.,      )
d/b/a ERCHONIA MEDICAL,      )
                             )
         Plaintiff,          )
                             )  CIV.ACT.NO.3-07CV0381-N
vs.                          )
                             )
ROMAN CHUBATY, M.D.,         )
MERIDIAN CO., LTD., and      )
AESTHETICMD,                 )
                             )
         Defendants.         )
                             )
```

DEPOSITION OF ROMAN CHUBATY, M.D.

Phoenix, Arizona
August 29, 2007
10:03 a.m.

Reported by:

CARRIE SMALANSKAS, RPR

Certified Reporter

Arizona CR No. 50355

EXHIBIT G

Page 24

```
              1    possibly help sell the machine to our existing physician
              2    database.
              3         Q.   And your testimony is that the IRB did not go
              4    successfully; is that right?
    10:29     5         A.   Not that it didn't work.  We just -- if that is
              6    the word you want to use, I guess, yeah.
              7         Q.   For whatever reason, the IRB did not result in
              8    you going to Mr. Eastman and making that recommendation;
              9    is that right?
    10:29    10         A.   Correct.
             11         Q.   What did you go -- did you make a recommendation
             12    to Mr. Eastman?
             13         A.   I didn't think that it was holding up to all
             14    that it was said to be, and I like to -- if I stand behind
    10:29    15    a product, I felt to see more substantial results, so I
             16    actually wasn't that happy with what I was seeing.
             17         Q.   Did you tell Mr. Eastman this?
             18         A.   Yeah, of course.
             19         Q.   Did you and Mr. Eastman have a discussion as to
    10:30    20    whether to continue any association with Meridian?
             21         A.   We decided when this lawsuit came about we would
             22    stop any association with Meridian until it resolved
             23    itself.
             24         Q.   As a result of the IRB, did you have any
    10:30    25    discussions with Mr. Eastman about your conclusions that
```

                              CARRIE REPORTING, LLC
                                 (480) 429-7573

EXHIBIT G

|  |  |  |
|---|---|---|
|  | 1 | discussion with? |
|  | 2 | A.  Probably Anna. |
|  | 3 | Q.  Did you tell me what her position in the company |
|  | 4 | was? |
| 10:38 | 5 | A.  No. |
|  | 6 | Q.  Do you know what her position was? |
|  | 7 | A.  I believe she is the president. |
|  | 8 | MR. MYERS:  Okay.  I will pass the witness. |
|  | 9 | MS. VICKERS:  Can we take a quick break for me |
| 10:39 | 10 | to look over my notes and decide if I have any questions |
|  | 11 | real quick? |
|  | 12 | MR. MYERS:  Sure. |
|  | 13 | (Recess ensued from 10:41 a.m. until 10:47 a.m.) |
|  | 14 |  |
| 10:41 | 15 | EXAMINATION |
|  | 16 | BY MS. VICKERS: |
|  | 17 | Q.  Dr. Chubaty, this is Kelly Vickers.  I represent |
|  | 18 | Meridian Co., Ltd.  I want to ask you a couple follow-up |
|  | 19 | questions. |
| 10:47 | 20 | I think you stated earlier that -- you said that |
|  | 21 | Meridian Medical is a publicly traded company out of |
|  | 22 | British Columbia? |
|  | 23 | A.  Correct. |
|  | 24 | Q.  What is your -- the basis for your statement |
| 10:47 | 25 | that Meridian Medical is a publicly traded company? |

CARRIE REPORTING, LLC
(480) 429-7573

EXHIBIT G

Page 32

1    A.   That's what they told me they were.

2    Q.   If I say to you or represent to you that

3  Meridian Medical is not a publicly traded company, do you

4  have any reason to dispute that?

10:48  5         MR. MYERS:  Objection to the form.

6         THE WITNESS:  Well, you know, Anna Brazier

7  always told me they are a publicly-traded company on the

8  OTC or something, and so I guess I would have to dispute

9  that, yes.

10:48  10   Q.   BY MS. VICKERS:  Have you ever seen any

11  documents that would demonstrate that Meridian Medical is

12  a publicly-traded company?

13   A.   I think the way I got to know them was on my

14  e-mails I get these stock alerts and one of them was a

10:48  15  stock alert about this Meridian Medical selling this laser

16  technology.

17   Q.   Do you recall whether that stock alert was for

18  Meridian Medical or Meridian Co., Ltd.?

19   A.   I think I know where you are going with this.

10:48  20  The company in Canada is a publicly-traded company on the

21  OTC.  I think that Anna has a company in the U.S. called

22  Meridian -- whatever you are calling it, that may not be

23  publicly traded, because she told me -- I wasn't really

24  paying much attention to her when I had discussions -- or

10:49  25  like I told you before, she only -- we started doing this

CARRIE REPORTING, LLC
(480) 429-7573

EXHIBIT G

|  |  |  |
|---|---|---|
|  | 1 | together.  She became a friend of mine, her and her |
|  | 2 | husband, and we would socialize, go out for dinner. |
|  | 3 | Because I was in Vancouver for a week, you know, I like to |
|  | 4 | go out with other people, and so she told me about her |
| 10:49 | 5 | company, the stock, the shareholders, plus she said she |
|  | 6 | has something in the U.S. that I wasn't paying attention |
|  | 7 | to, whether that one was publicly traded or not. |
|  | 8 |         MS. VICKERS:  I will object to the answer as |
|  | 9 | nonresponsive. |
| 10:49 | 10 |     Q.  BY MS. VICKERS:  Are you familiar with Meridian |
|  | 11 | Co., Ltd.? |
|  | 12 |     A.  No. |
|  | 13 |     Q.  If I tell you that Meridian Co., Ltd., is a |
|  | 14 | Korean company, do you have any reason to dispute that |
| 10:49 | 15 | statement? |
|  | 16 |         MR. MYERS:  Object to the form. |
|  | 17 |         THE WITNESS:  No. |
|  | 18 |     Q.  BY MS. VICKERS:  If I tell you Meridian Co., |
|  | 19 | Ltd., is the publicly-traded company, do you have any |
| 10:49 | 20 | reason to dispute that other than the conversation with |
|  | 21 | Anna that you discussed previously? |
|  | 22 |     A.  No. |
|  | 23 |         MS. VICKERS:  I will pass the witness. |
|  | 24 |         MR. MYERS:  Okay.  We are done. |
| 10:50 | 25 |         Thank you, Dr. Chubaty. |

                    CARRIE REPORTING, LLC
                       (480) 429-7573

EXHIBIT G

Page 34

10:50

1   THE WITNESS: Okay.
2   MS. NEAL: Off the record.
3   (Proceedings adjourned at 10:50 a.m.)
4
5
6   (Signature waived.)
7   ROMAN CHUBATY, M.D.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT G

CARRIE REPORTING, LLC
(480) 429-7573