Hee Yo Park
Selected Portions Contain "For Attorney Eyes Only"

Page 30

1  Hee Yo Park - Attorneys' Eyes Only
2      A.   Maybe they handle it.                           10:16:09
3      Q.   Before you came to New York for                 10:16:29
4  this deposition, had you been to New York                10:16:31
5  before?                                                  10:16:33
6      A.   Yeah.                                           10:16:34
7      Q.   When was that?                                  10:16:35
8      A.   Last year, first visit when came                10:16:41
9  from Korea.  First visit to New York is 2001             10:16:54
10 with Mr. Myeong.                                         10:17:06
11     Q.   2001, you visited New York and met              10:17:07
12 with Mr. Myeong?                                         10:17:10
13     A.   Yeah.                                           10:17:11
14     Q.   The president of Meridian Co.?                  10:17:12
15     A.   Yeah.                                           10:17:15
16     Q.   What was the purpose of that                    10:17:15
17 meeting?                                                 10:17:17
18     A.   That we came in together, 2001 I                10:17:17
19 worked in Meridian Co., LTD, so we come in               10:17:25
20 together because we are there for the funding            10:17:28
21 for our company funding.                                 10:17:34
22     Q.   You came to New York to seek                    10:17:36
23 funding for Meridian Co.?                                10:17:38
24     A.   Yeah.                                           10:17:40
25     Q.   Did you meet with financial people              10:17:41

Esquire Deposition Services
1-800-944-9454

EXHIBIT H

a410be70-f462-4715-978b-94e40bd3385d

Hee Yo Park
Selected Portions Contain "For Attorney Eyes Only"

Page 31

| | | |
|---|---|---|
| 1 | Hee Yo Park - Attorneys' Eyes Only | |
| 2 | in New York? | 10:17:44 |
| 3 | A. Yeah. | 10:17:44 |
| 4 | Q. At that time, was Meridian Co. | 10:17:45 |
| 5 | trading on NASDAQ already? | 10:17:51 |
| 6 | A. They were NASDAQ OTC, so I am | 10:17:54 |
| 7 | visiting New York 2001, in April or May, and | 10:18:03 |
| 8 | our company listed in NASDAQ in 2001, October | 10:18:08 |
| 9 | or November. | 10:18:15 |
| 10 | Q. April and May of 2001 is when you | 10:18:22 |
| 11 | and Mr. Myeong came to visit? | 10:18:26 |
| 12 | A. Yeah. | 10:18:28 |
| 13 | Q. How long were you here? | 10:18:28 |
| 14 | A. We stayed three days. | 10:18:29 |
| 15 | Q. Who did you meet with while you | 10:18:31 |
| 16 | were here? | 10:18:33 |
| 17 | A. I don't know. Actually, that | 10:18:34 |
| 18 | meeting is Mr. Myeong. | 10:18:36 |
| 19 | Q. Mr. Myeong met with financial | 10:18:38 |
| 20 | advisors? | 10:18:42 |
| 21 | A. Yeah. | 10:18:42 |
| 22 | Q. For the purpose of getting funding? | 10:18:44 |
| 23 | A. Yeah. | 10:18:46 |
| 24 | Q. And going public? | 10:18:47 |
| 25 | A. Yeah. | 10:18:48 |

Page 32

```
 1    Hee Yo Park - Attorneys' Eyes Only
 2        Q.   Before that, Meridian Co. was a          10:18:48
 3   privately held company?                            10:18:51
 4        A.   No, corporation company.                 10:18:53
 5        Q.   So it was a corporation in Korea?        10:18:56
 6        A.   Yeah.                                    10:18:58
 7        Q.   But was it public at that time?          10:18:58
 8        A.   No.                                      10:19:00
 9        Q.   Then once it got listed on NASDAQ,       10:19:01
10   it became a publicly traded company?               10:19:05
11        A.   Yeah.                                    10:19:07
12        Q.   Did you come to New York any other       10:19:07
13   time other than the time in April 2001?            10:19:18
14        A.   Just I think with my children and        10:19:28
15   my wife.  I visit.  Sightseeing.                   10:19:33
16        Q.   So in 2001, the meetings you had         10:19:37
17   with Mr. Myeong were in New York City,             10:19:44
18   correct?                                           10:19:47
19        A.   Yeah.                                    10:19:47
20        Q.   And the meetings with the financial      10:19:47
21   people were in New York City?                      10:19:50
22        A.   Yeah.                                    10:19:52
23        Q.   Did you have occasion to, other          10:19:52
24   than for sightseeing, did you come to New          10:20:00
25   York for business at any time?                     10:20:06
```

Hee Yo Park
Selected Portions Contain "For Attorney Eyes Only"

Page 33

```
1    Hee Yo Park - Attorneys' Eyes Only
2        A.    No.                                          10:20:06
3        Q.    Do you know if Mr. Myeong came to            10:20:06
4    New York City another time after that meeting         10:20:09
5    in 2001?                                              10:20:11
6        A.    I don't know.                                10:20:12
7        Q.    Did he come back to meet with                10:20:14
8    financial advisors a second time?                     10:20:16
9        A.    No.                                          10:20:18
10       Q.    Has Mr. Myeong visited your                  10:20:19
11   facilities down in Los Angeles?                       10:20:24
12       A.    Yeah.                                        10:20:26
13       Q.    How many times did he visit there?           10:20:26
14       A.    Five or six times.                           10:20:33
15       Q.    What was his purpose in visiting             10:20:37
16   Los Angeles?                                          10:20:40
17             MR. CASTELLO:  Objection.                    10:20:42
18       Foundation.                                        10:20:43
19       Q.    Do you know why he visited Los               10:20:43
20   Angeles?                                              10:20:46
21       A.    Yeah a meeting for our company and           10:20:46
22   he go to the MMI Vancouver and just stop by           10:20:55
23   our office and he go to Korea.                        10:20:59
24       Q.    So he would fly from --                      10:21:06
25       A.    Korea to Vancouver and Vancouver to         10:21:09
```

a410be70-f462-4715-978b-94e40bd3385d

Hee Yo Park
Selected Portions Contain "For Attorney Eyes Only"

Page 34

1    Hee Yo Park - Attorneys' Eyes Only
2    LAX and just meet me and just come back to          10:21:14
3    Korea.                                               10:21:18
4         Q.   So he would fly back to Korea, is          10:21:19
5    that Seoul, Korea?                                   10:21:24
6         A.   Seoul, Korea, yeah.                        10:21:28
7         Q.   Who do you report to in connection         10:21:32
8    with your job?  Who is your boss?                    10:21:38
9         A.   Mr. Myeong.                                10:21:41
10        Q.   Do you talk to Mr. Myeong on a             10:21:43
11   regular basis?                                       10:21:45
12        A.   Yeah.                                      10:21:47
13        Q.   What types of things does Mr.              10:21:53
14   Myeong do in connection with Meridian                10:21:57
15   America?                                             10:22:02
16        A.   What types?                                10:22:05
17        Q.   Does he tell you how you should            10:22:08
18   market the product?                                  10:22:11
19        A.   Excuse me?                                 10:22:13
20        Q.   Does he tell you how to approach           10:22:14
21   Korean doctors in California?                        10:22:16
22        A.   No.                                        10:22:18
23        Q.   Does he talk to you about the              10:22:18
24   materials that they send from Korea?                 10:22:22
25        A.   No.  The contact is the Korean             10:22:26