

COMPANY | N E W S | PRODUCTS | CUSTOMER | DISTRIBUTORS

**MERIDIAN**

Contact us          KOREA

# Special solution for your customer!

### Wellness is Our business

**The LAPEX-2000 BCS** utilizes cold red light for deep tissue warming to
enhance micro circulation for the fat reduction.
Both male and female clients have found that those hard to reduce trouble
spots, such as love handles, tummy bulge, and saddlebags, are decreased after
only a few treatments.The treatments are painless and more importantly,
non-invasive.

The LAPEX-2000 BCS by Meridian Medical Video Interviews on the BCS
click on any of the titles below to view a video...
Note: viewing these videos requires the latest Free Flash Player update
if your system does not have one installed, it will be done for you.
more info...




**Sonoran Living Interview**
with Dr. Roman Chubaty & Dr. Harolyn Gilles


**Your Life presents**
Interview with Dr. Roman Chubaty & patient


**"Aesthetic MD" by Sonoran Living**
on Non-invasive methods


**"Summer Sculpting"**
presented by Sonoran Living





### If you believe, you would see the glory!

3F, Poonglim Tech-one B/D, 273-10 Seongsu-Dong2ga Seongdong-Gu  Seoul  #133-120  KOREA
TEL: 82-2-2103-3300                    FAX: 82-2-2103-3333
Copyright 1994~2008. MERIDIAN Co.,Ltd. Allright Reserved. Webmaster

EXHIBIT I