# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERAPY PRODUCTS, INC. d/b/a ERCHONIA MEDICAL, | § § § § | |
| Plaintiff, | § § | CIV.ACT.NO. 3-07CV0381-N |
| v. | § § | |
| ROMAN CHUBATY, M.D., MERIDIAN CO., LTD. and AESTHETICMD, | § § § § | |
| Defendants. | § § § | |

### DECLARATION OF DEBRA ENGOLIA

STATE OF TEXAS §
COLLIN COUNTY §

I, Debra Engolia, declare the following:

1. I am an employee of Therapy Products, Inc. d/b/a Erchonia Medical, the Plaintiff in the above-styled cause of action under Civil Action Number 3-07CV0381-N.

2. In March of 2007 I contacted Meridian about Meridian's laser marketed under the name Lipolaser and spoke to Karmyn LaSaw. I identified myself as Lisa Davis, a registered nurse in the Dallas area, and that I was seeking information about Meridian's laser being marketed under the name "Lipolaser." Ms. LaSaw told me that she would be my primary contact at Meridian for sales and related information for Meridian's laser. During my conversation with Ms. LaSaw, she told me that Meridian had marketed and sold its laser under the Lipolaser brand to a doctor in Dallas, Texas.

3. Subsequently, I received by mail from Ms. LeSaw a Meridian marketing brochure for Meridian's laser, as well as other marketing materials for Meridian. Some of the materials I received

204747/3761.030

- 1 -

from Ms. LeSaw are attached to this Declaration as Exhibit B-1 and are true and correct copies of the documents I received from Karmyn LeSaw.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __17__ day of May, 2007, in McKinney, Texas.

*[signature]*
Debra Engolia