# EXHIBIT B




## 02. HISTORY

Meridian Medical Inc.

   Meridian Medical, the corporate and North American distribution office of Meridian Co. Ltd. (OTCBB:MRDAF), was incorporated in 2003 after seeing a tremendous opportunity to promote and distribute Meridian's preventative medical devices throughout North America.

   Meridian Medical was the idea of an existing shareholder of the Meridan Co. Ltd., who saw not only a way to increase shareholder value but also to market products that contributed to wellness and preventative medicine in North America.

   Meridian Medical now operates a successful and growing sales and distribution office out of Vancouver, British Columbia, Canada. Meridian Medical has hired distributors in the United States to further develop market presence.

Meridian Co. Ltd. ("Meridian")

Meridian has been operating successfully in Seoul, Korea since its incorporation in 1994.

   Meridian is an established leader in the research, development, manufacturing, and marketing of integrative medical devices in the healthcare industry. Integrative medicine combines both Eastern and Western expertise in order to obtain the highest quality and standard. Established in 1994 in South Korea, Meridian became listed on the OTC Bulletin Board under the symbol on February 13, 2002. The company has grown substantially and has established subsidiaries in China, Los Angeles, and Vancouver, BC. With over 13 million dollars in revenue to date, Meridian continues to expand and secure its position as a global leader of integrative medical devices.

   With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 technology patents and has received 5 FDA approvals on their medical devices. In order to distribute worldwide, Meridian has also gained regulatory approval in Canada for the Meridian Portable, 4 CE approvals in Europe, 2 SDA approvals in China, and 4 FIP approvals in South America. Successfully marketed in Korea, USA, Canada, China and Europe, Meridian continues to provide its superior product line to a growing number of clients worldwide. Meridian has over 1500 clients which include physicians, hospitals, healthcare professionals, medical device manufacturers, health centers, and fitness centers.

   It is the vision of both Meridian Co. Ltd. and Meridian Medical Inc. to see Meridian's products used worldwide. Prevention saves lives and decreases the economic burdens placed on today's health care industries.

| Contact Us | History | Products | News | Distributers | Investors |

Copyright © 2005 Meridian Medical, Inc. All rights reserved

Case 1:07-cv-08696-DLC    Document 30-3    Filed 08/08/2008    Page 3 of 10




## 02. HISTORY

Meridian Medical Inc.

Meridian Medical, the corporate and North American distribution office of Meridian Co. Ltd. (OTCBB:MRDAF), was incorporated in 2003 after seeing a tremendous opportunity to promote and distribute Meridian's preventative medical devices throughout North America.

Meridian Medical was the idea of an existing shareholder of the Meridan Co. Ltd., who saw not only a way to increase shareholder value but also to market products that contributed to wellness and preventative medicine in North America.

Meridian Medical now operates a successful and growing sales and distribution office out of Vancouver, British Columbia, Canada. Meridian Medical has hired distributors in the United States to further develop market presence.

Meridian Co. Ltd. ("Meridian")

Meridian has been operating successfully in Seoul, Korea since its incorporation in 1994.

Meridian is an established leader in the research, development, manufacturing, and marketing of integrative medical devices in the healthcare industry. Integrative medicine combines both Eastern and Western expertise in order to obtain the highest quality and standard. Established in 1994 in South Korea, Meridian became listed on the OTC Bulletin Board under the symbol on February 13, 2002. The company has grown substantially and has established subsidiaries in China, Los Angeles, and Vancouver, BC. With over 13 million dollars in revenue to date, Meridian continues to expand and secure its position as a global leader of integrative medical devices.

With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 technology patents and has received 5 FDA approvals on their medical devices. In order to distribute worldwide, Meridian has also gained regulatory approval in Canada for the Meridian Portable, 4 CE approvals in Europe, 2 SDA approvals in China, and 4 FIP approvals in South America. Successfully marketed in Korea, USA, Canada, China and Europe, Meridian continues to provide its superior product line to a growing number of clients worldwide. Meridian has over 1500 clients which include physicians, hospitals, healthcare professionals, medical device manufacturers, health centers, and fitness centers.

It is the vision of both Meridian Co. Ltd. and Meridian Medical Inc. to see Meridian's products used worldwide. Prevention saves lives and decreases the economic burdens placed on today's health care industries.

| Contact Us | History | Products | News | Distributors | Investors |

Copyright © 2005 Meridian Medical, Inc. All rights reserved




## 02. HISTORY

Meridian Medical Inc.

Meridian Medical, the corporate and North American distribution office of Meridian Co. Ltd. (OTCBB:MRDAF), was incorporated in 2003 after seeing a tremendous opportunity to promote and distribute Meridian's preventative medical devices throughout North America.

Meridian Medical was the idea of an existing shareholder of the Meridan Co. Ltd., who saw not only a way to increase shareholder value but also to market products that contributed to wellness and preventative medicine in North America.

Meridian Medical now operates a successful and growing sales and distribution office out of Vancouver, British Columbia, Canada. Meridian Medical has hired distributors in the United States to further develop market presence.

Meridian Co. Ltd. ("Meridian")

Meridian has been operating successfully in Seoul, Korea since its incorporation in 1994.

Meridian is an established leader in the research, development, manufacturing, and marketing of integrative medical devices in the healthcare industry. Integrative medicine combines both Eastern and Western expertise in order to obtain the highest quality and standard. Established in 1994 in South Korea, Meridian became listed on the OTC Bulletin Board under the symbol on February 13, 2002. The company has grown substantially and has established subsidiaries in China, Los Angeles, and Vancouver, BC. With over 13 million dollars in revenue to date, Meridian continues to expand and secure its position as a global leader of integrative medical devices.

With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 technology patents and has received 5 FDA approvals on their medical devices. In order to distribute worldwide, Meridian has also gained regulatory approval in Canada for the Meridian Portable, 4 CE approvals in Europe, 2 SDA approvals in China, and 4 FIP approvals in South America. Successfully marketed in Korea, USA, Canada, China and Europe, Meridian continues to provide its superior product line to a growing number of clients worldwide. Meridian has over 1500 clients which include physicians, hospitals, healthcare professionals, medical device manufacturers, health centers, and fitness centers.

It is the vision of both Meridian Co. Ltd. and Meridian Medical Inc. to see Meridian's products used worldwide. Prevention saves lives and decreases the economic burdens placed on today's health care industries.

| Contact Us | History | Products | News | Distributers | Investors |

Copyright © 2005 Meridian Medical, Inc. All rights reserved




## 02. HISTORY

### Meridian Medical Inc.

Meridian Medical, the corporate and North American distribution office of Meridian Co. Ltd. (OTCBB:MRDAF), was incorporated in 2003 after seeing a tremendous opportunity to promote and distribute Meridian's preventative medical devices throughout North America.

Meridian Medical was the idea of an existing shareholder of the Meridan Co. Ltd., who saw not only a way to increase shareholder value but also to market products that contributed to wellness and preventative medicine in North America.

Meridian Medical now operates a successful and growing sales and distribution office out of Vancouver, British Columbia, Canada. Meridian Medical has hired distributors in the United States to further develop market presence.

### Meridian Co. Ltd. ("Meridian")

Meridian has been operating successfully in Seoul, Korea since its incorporation in 1994.

Meridian is an established leader in the research, development, manufacturing, and marketing of integrative medical devices in the healthcare industry. Integrative medicine combines both Eastern and Western expertise in order to obtain the highest quality and standard. Established in 1994 in South Korea, Meridian became listed on the OTC Bulletin Board under the symbol on February 13, 2002. The company has grown substantially and has established subsidiaries in China, Los Angeles, and Vancouver, BC. With over 13 million dollars in revenue to date, Meridian continues to expand and secure its position as a global leader of integrative medical devices.

With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 technology patents and has FDA 510(k) clearance for 5 of its medical devices. In order to distribute worldwide, Meridian has also gained regulatory approval in Canada for the Meridian Portable, 4 CE approvals in Europe, 2 SDA approvals in China, and 4 FIP approvals in South America. Successfully marketed in Korea, USA, Canada, China and Europe, Meridian continues to provide its superior product line to a growing number of clients worldwide. Meridian has over 1500 clients which include physicians, hospitals, healthcare professionals, medical device manufacturers, health centers, and fitness centers.

It is the vision of both Meridian Co. Ltd. and Meridian Medical Inc. to see Meridian's products used worldwide. Prevention saves lives and decreases the economic burdens placed on today's health care industries.

| Contact Us | History | Products | News | Distributors | Investors |

Copyright © 2005 Meridian Medical, Inc. All rights reserved



| Enter Web Address: | http:// | All | Take Me Back | Adv. Search  Compare Archive Pages |

Searched for **http://www.meridianmedical.ca/site/history/history.php**    **30** Results

* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

### Search Results for Jan 01, 1996 - Feb 10, 2008

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 3 pages | 5 pages | 19 pages | 3 pages |
| | | | | | | | | | Apr 08, 2005 * | Jul 15, 2006 * | Jan 02, 2007 | Jan 02, 2008 * |
| | | | | | | | | | Sep 13, 2005 * | Dec 10, 2006 | Jan 07, 2007 | Jan 07, 2008 |
| | | | | | | | | | Nov 03, 2005 | Dec 14, 2006 | Jan 11, 2007 | Feb 07, 2008 |
| | | | | | | | | | | Dec 16, 2006 | Jan 16, 2007 * | |
| | | | | | | | | | | Dec 25, 2006 | Jan 21, 2007 * | |
| | | | | | | | | | | | Jan 26, 2007 | |
| | | | | | | | | | | | Mar 03, 2007 | |
| | | | | | | | | | | | Apr 26, 2007 | |
| | | | | | | | | | | | Jun 22, 2007 * | |
| | | | | | | | | | | | Jun 26, 2007 * | |
| | | | | | | | | | | | Jun 27, 2007 | |
| | | | | | | | | | | | Jun 29, 2007 | |
| | | | | | | | | | | | Aug 09, 2007 | |
| | | | | | | | | | | | Aug 23, 2007 | |
| | | | | | | | | | | | Sep 09, 2007 | |
| | | | | | | | | | | | Oct 02, 2007 | |
| | | | | | | | | | | | Oct 05, 2007 | |
| | | | | | | | | | | | Oct 10, 2007 | |
| | | | | | | | | | | | Nov 03, 2007 | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy