# EXHIBIT C




Meridian Medical Inc.

**Wellness Is Our Business.**

VISIT CHINESE SITE ► 中文

CONTACT US | HISTORY | PRODUCTS | NEWS | DISTRIBUTORS | INVESTORS

04. NEWS

**Meridian Medical News Releases:**

### 2008

Meridian Co., Ltd. Announces Private Placement Financing
1/10/2008

Meridian Co., Ltd.: Lapex 2000 LipoLaser Global Distribution Now Includes the Persian Gulf
1/9/2008

LAPEX 2000 LipoLaser Gaining Attention With Canadian News Media
1/7/2008

### 2007

Zapping away the fat (The Globe and Mail), pdf format
1/7/2008

Meridian to Attend the 15th Annual World Congress on Anti-Aging Medicine
12/12/2007

Meridian's CSA Mark Leads to Distribution Agreement With Henry Schein Ash Arcona
12/04/2007

Meridian Medical Inc. Revolutionizes Body-Forming Technology With the LAPEX 2000 LipoLaser
12/03/2007

Meridian Co., Ltd. Receives Health Canada Approval for LAPEX 2000 LipoLaser-A Revolutionary New Device for Painless Fat Reduction & Body Contouring
11/15/2007

Meridian Co., Ltd.: LipoLaser Global Distribution Footprint Widens to Include Mexico
11/07/2007

Clinical Study Revealing Girth Reduction with Non-invasive Laser to be Presented at the NAASO Meeting
10/18/2007

Meridian's DPA Receives "Korean World-Class Product Award"
9/19/2007

Meridian Signs US$3.5 Million Sales Contract with Enterone Co.
8/29/2007

Meridian Co. Proudly Announces Roberta Flack as Celebrity Spokesperson for Their Lapex 2000 Lipolaser
8/27/2007

Meridian Co. Receives CE Mark Approval for its Aesthetic Laser
7/19/2007

Meridian Co. Ltd. vs. Current Events
6/20/2007

Meridian Signs Medical Endorsement Contract With Dr. Lionel Bissoon, a Prominent Celebrity Weight-Loss Doctor in the USA
6/19/2007

Meridian Signs $27 Million Contract and Received Deposit for First Order
6/12/2007

Meridian Medical Signs Contract for Exclusive Distribution of the LAPEX 2000 LipoLaser for the South Eastern United States
6/11/2007

Meridian Signs Contract for Exclusive Distribution of the LAPEX 2000 LipoLaser in Taiwan
5/24/2007

LAPEX 2000 LipoLaser Clinical Study Exceeds Expectations
5/17/2007

Meridian Signs a US $27 Million Dollar Letter of Intent for Exclusive Distribution Rights to Lapex 2000 LipoLaser in the United Kingdom and South Africa
4/24/2007

Meridian Signs Distribution Agreement With the University of Natural Medicine for the Sale of Meridian's Digital Pulse Analyzer
4/5/2007

MRDAF, GLBL and RADID Update the Investment Community in All-New Interviews With WallSt.net
3/1/2007

Health Canada Approves Meridian's Digital Pulse Analyzer
2/5/2007

Meridian Signs Memorandum of Understanding for the Exclusive Distribution of its Lapex 2000 LipoLaser in a leading Pacific Rim Country

1/19/2007

**2006**

Meridian Signs $28,000,000 USD Contract for Supply of Digital Pulse Analyzers to US Federal Government-Affiliated Subcontractor
12/22/2006

Meridian to Attend the 14th Annual International Congress on Anti-Aging Medicine and Biomedical Technology Showcasing the LipoLaser and Digital Pulse Analyzer
12/04/2006

Meridian Co. Ltd. Broadcast Available on Green Baron Webcast to 700,000 Members
11/27/2006

Meridian Co. Ltd. to Be Broadcast on Green Baron Webcast to 700,000 Members, Monday, November 27, 2006
11/22/2006

Meridian Distributor Signs $28,000,000 USD Letter of Intent for Supply of Digital Pulse Analyzers to US Federal Government-Affiliated Subcontractor
11/20/2006

Meridian Corporate Update
10/02/2006

Meridian to Attend AestheticMD Mesotherapy Conference Introducing Lipo-Laser
7/27/2006

Meridian Announces Appointment of New Auditor
7/20/2006

Meridian Files Patent Application Under the Patent Cooperation Treaty
7/11/2006

Meridian Announces 510k Submission to the FDA for the Lipo-Laser
6/21/2006

Meridian will be Attending In3 Medical Device Summit: June 21st-June 23rd in San Francisco
6/19/2006

Meridian Co.'s Aggressive Expansion Plan has Commenced Through Major Pharmacy Outlets in South Korea and China
5/24/2006

Lipo-Laser Study Shows Positive Results in Physician Sponsored Study
4/26/2006

Meridian to Attend the California Pharmacists Association-Outlook 2006
2/14/2006

Meridian Commences Lipo-Laser Study with World Renowned Physician
1/26/2006

**2005**

Meridian Announces Feature Article in Equities Magazine
12/15/2005

Meridian Featured in Barron's Magazine
12/5/2005

Meridian Receives Endorsement From Recognized Cardiologist for Digital Pulse Analyzer
11/30/2005

Meridian Successfully Delivers First Lipo-Laser Units
11/21/2005

StockGuru.com Announces Profile Coverage of Meridian Co. Ltd.
11/04/2005

Meridian To Attend The 64th International Conference -- American College For Advancement In Medicine November 9 - 13, in Anaheim, Calif.
11/02/2005

Meridian Co., Ltd. Issues Correction to October 21 News Release
10/25/2005

Meridian Co., Ltd. Acquires Korean Medical Products Distributing Company
10/21/2005

Meridian Signs Letter of Intent with Morningstar Minerals
9/21/2005

Meridian Co. Ltd. Announces Initial Purchase Order for its New Lipo-Laser Product
9/08/2005

Meridian to Attend 20th Annual Convention and Exposition on American Association of Naturopathic Physicians
8/25/2005

Meridian to Attend the American Naturopathic Medical Association 24th Annual Convention-Las Vegas, July 29-July 31, 2005
7/27/2005

Meridian Enters into a $6,000,000 Sales Contract for New Lipo-Laser Product
7/11/2005

Meridian-Corporate Update
7/05/2005

Meridian's Announces Joint Venture with Gio Communication Inc. to Develop Remote Bio-Monitoring Military Device Technology
6/22/2005

Meridian Applies for Canadian Approval Digital Pulse Analyzer
6/21/2005

Meridian Signs Celebrity Endorsement Contract with National Hockey League Player Matt Cooke of The Vancouver Canucks
6/06/2005

Meridian to Attend Integrative Medicine for Anti-Aging Conference & Exposition May 13-15, 2005 Las Vegas, Nevada
5/11/2005

Meridian to Attend the 49th Northwest Naturopathic Convention
4/21/2005

Meridian Receives FDA Approval for the Lapex-2000
3/14/2005

World Financial News Networks Dr. Joe d Beauchamp Recommends Meridian Medical
3/02/2005

12th Annual Vancouver Financial Forum – February 11 – 13, 2005
2/09/2005

World Financial News Network Issues Analyst Report on Meridian - $2.00 Target Share Price
1/27/2005

Meridian to Attend 2nd Annual Scripp's Natural Supplements Conference
1/6/2005

Meridian to Collaborate with Thorne Research on Promotional Information Distribution
12/23/2004

### 2004

Meridian Welcomes Dr. Barry Sears to its Client List
12/20/2004

Meridian's DPA Technology to be Presented at 12th Annual World Congress on Anti-Aging Medicine
12/2/2004

Meridian Adds ForMor International to its Growing Client List with 30 new Sales of the Digital Pulse
11/23/2004

Meridian Sells European Territories for $5,000,000.00 (CCN)
11/18/2004

MRDAF: To Collaborate w/ Thorne Research on Cardio Study [delayed] (KAS)
10/28/2004

Meridian Medical Inc. to Attend the 12th International Conference on Anti-Aging and Biomedical Techn
10/26/2004

MRDAF: Issuance of 4.23M Shrs of Common Stk [delayed] (KAS)
10/22/2004

Meridian Medical Inc.:Reports Great Success at Porter Adventist Hospital Healthcare Conference & CAR
10/21/2004

Meridian-Corporate Update (CCN)
9/21/2004

Meridian Medical Inc. to Attend Porter Adventist Hospital Healthcare Conference & CARDEO Conference,
9/16/2004

Meridian Medical Inc.-Provides Educational Grant
9/1/2004

Meridian Medical Inc.: Great Success at ANMA 23rd Annual Convention, Las Vegas, July 30-August 1, 2
8/25/2004

Meridian Medical Inc.-U.S. Distributor on Board
7/29/2004

Meridian Medical Inc.: To Attend ANMA 23rd Annual Convention, Las Vegas, July 30-August 1, 2004
7/28/2004

Meridian Co. Ltd.-Appoints a New President for Meridian Medical Inc
6/3/2004

Meridian Recieves Standard and Poor's Complete Corporate Listing
3/17/2004

Meridian Co., Ltd.: 20th Annual Korean International Medical and Hospital Equipment Show
3/16/2004

### 2003

Meridian Co., Ltd. Announces New Canadian Subsidiary
12/12/2003

Meridian Signs Letter of Intent to Acquire Bionet
6/25/2003

Meridian Co., Ltd.: ABR-2000 Launch in US Market
3/6/2003

| Contact Us | History | Products | News | Distributors | Investors |

Copyright © 2005 Meridian Medical, Inc. All rights reserved

June 11, 2007 NASD OTC-BB: MRDAF

**Meridian Medical Signs Contract for Exclusive Distribution of the LAPEX 2000 LipoLaser for the South Eastern United States**

Meridian Co., Ltd. ("Meridian" or the "Company") (OTC BB:MRDAF.OB - News), an industry leader in the research, development, manufacturing and sales of integrative medical equipment, is pleased to announce that its North American distributor, Meridian Medical Inc. ("MMI") has signed an exclusive contract with Lifeline Medical Technology, LLC ("LifeLine")for the marketing and sales of Meridian's LAPEX 2000 LipoLaser.

The contract outlines that LifeLine will be granted an exclusive license to market the LAPEX 2000 LipoLaser in the states of Florida and Georgia. Their exclusive distributorship for the LAPEX 2000 LipoLaser is based on a minimum order volume equal to sales of approximately US $2.3 million for the initial 12-month period of the agreement.

"With an experienced management team, and an aggressive marketing plan we are very excited about launching this product to medical facilities and wellness spas," says Chris Male, president of LifeLine.

More About: LAPEX 2000 LipoLaser

The LAPEX 2000 LipoLaser was designed to target the medical and aesthetic market, specifically to address body shaping/contouring, spot fat reduction, and reduction in the appearance of cellulite. The LAPEX 2000 LipoLaser's non-invasive treatment is considered one of the most innovative methods to treat those stubborn areas of fat that do not respond to diet and exercise. The demand for this type of treatment is expected to grow rapidly, not only in the plastic surgery profession but in any clinical setting such as spas and wellness centers that treat localized body fat deposits which may not have responded to diet and exercise.

More About: Meridian

Meridian is an established leader in the research/development, manufacturing and sales of advanced medical devices in the healthcare industry. With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 worldwide patents on its technology, and has received FDA approval and Health Canada approval as well as other international regulatory approvals, for many of its products. Meridian has over 1500 clients including physicians, hospitals, clinics, healthcare professionals, and wellness centers in Korea, USA, Canada, China, Japan and Europe, and continues to successfully market its superior product line to a growing number of clients worldwide.

More About: LifeLine Medical Technology, LLC

LifeLine Medical Technology is an affiliate of the PMG Group of Companies that began in 1997 to own and operate renal care centers in the southeastern US. Recently, they have evolved to include health and wellness products in its service line. LifeLine Medical Technology, LLC may be reached at CustomerCare@LifeLineSupplements.com.

On Behalf of the Board of Directors,

Hyeon Seong Myeong, President

This press release may contain certain forward-looking information and statements concerning the company's operations, performance and financial condition. These statements are based upon a number of uncertainties and contingencies, many of which are beyond the control of the Company. Actual results may differ materially from those expressed or implied by such forward-looking statements. This document is not intended to be and is not an advertisement for any securities of the Company.

Contacts:
Meridian Co., Ltd.
Peter Holeczek
Corporate Communications
1-866-736-3306
Website: http://www.MeridianMedical.ca

**June 19, 2007 NASD OTC-BB: MRDAF**

**Meridian Signs Medical Endorsement Contract With Dr. Lionel Bissoon, a Prominent Celebrity Weight-Loss Doctor in the USA**

Meridian Co., Ltd. ("Meridian" or the "Company") (OTC BB:MRDAF.OB - News), an industry leader in the research, development, manufacturing and sales of integrative medical equipment, is thrilled to have Dr. Lionel Bissoon, a prominent celebrity weight-loss doctor, contract with the company to become the exclusive medical endorser for the LAPEX 2000 LipoLaser . This innovative new medical device is currently pending an FDA 510(k) clearance in the United States.

Dr. Bissoon is the leading authority in the U.S.A. on Mesotherapy (medical specialty focusing on promoting weight loss and eliminating cellulite) with practices in New York and Palm Beach. Dr. Bissoon is the best selling author of The Cellulite Cure and has been featured in numerous print and broadcast stories including appearances on ABC's "20/20", The Rachael Ray Show, CBS's "48 Hours", Vogue, People, and the New York Times.

Dr. Bissoon will work with Meridian regarding potential speaking or representation engagements at trade shows or medical conferences where he will discuss product information pertaining to the LAPEX 2000 LipoLaser. Dr. Bissoon is very excited about this new technology and commented, "The LAPEX 2000 LipoLaser holds the potential to revolutionize the aesthetic market for the reduction of cellulite and will offer clients a fantastic new non-invasive alternative to help them meet their goals."

More About: LAPEX 2000 LipoLaser

The LAPEX 2000 LipoLaser was designed to target the medical and aesthetic market, specifically to address body shaping/contouring, spot fat reduction, and reduction in the appearance of cellulite. The LAPEX 2000 LipoLaser's non-invasive treatment is considered one of the most innovative methods to treat those stubborn areas of fat that do not respond to diet and exercise. The demand for this type of treatment is expected to grow rapidly, not only in the plastic surgery profession but in any clinical setting such as medi-spas and wellness centers that treat localized body fat deposits which may not have responded to diet and exercise.

More About: Meridian

Meridian is an established leader in the research/development, manufacturing and sales of advanced medical devices in the healthcare industry. With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 worldwide patents on its technology, and has received FDA approval and Health Canada approval as well as other international regulatory approvals, for many of its products. Meridian has over 1500 clients including physicians, hospitals, clinics, healthcare professionals, and wellness centers in Korea, USA, Canada, China, Japan and Europe, and continues to successfully market its superior product line to a

growing number of clients worldwide.

On Behalf of the Board of Directors,

Hyeon Seong Myeong, President

This press release may contain certain forward-looking information and statements concerning the company's operations, performance and financial condition. These statements are based upon a number of uncertainties and contingencies, many of which are beyond the control of the Company. Actual results may differ materially from those expressed or implied by such forward-looking statements. This document is not intended to be and is not an advertisement for any securities of the Company.

Contacts:
Meridian Co., Ltd.
Peter Holeczek
Corporate Communications
1-866-736-3306
Website: http://www.MeridianMedical.ca

**June 19, 2007 NASD OTC-BB: MRDAF**

**Meridian Signs Medical Endorsement Contract With Dr. Lionel Bissoon, a Prominent Celebrity Weight-Loss Doctor in the USA**

Meridian Co., Ltd. ("Meridian" or the "Company") (OTC BB:MRDAF.OB - News), an industry leader in the research, development, manufacturing and sales of integrative medical equipment, is thrilled to have Dr. Lionel Bissoon, a prominent celebrity weight-loss doctor, contract with the company to become the exclusive medical endorser for the LAPEX 2000 LipoLaser . This innovative new medical device is currently pending an FDA 510(k) clearance in the United States.

Dr. Bissoon is the leading authority in the U.S.A. on Mesotherapy (medical specialty focusing on promoting weight loss and eliminating cellulite) with practices in New York and Palm Beach. Dr. Bissoon is the best selling author of The Cellulite Cure and has been featured in numerous print and broadcast stories including appearances on ABC's "20/20", The Rachael Ray Show, CBS's "48 Hours", Vogue, People, and the New York Times.

Dr. Bissoon will work with Meridian regarding potential speaking or representation engagements at trade shows or medical conferences where he will discuss product information pertaining to the LAPEX 2000 LipoLaser. Dr. Bissoon is very excited about this new technology and commented, "The LAPEX 2000 LipoLaser holds the potential to revolutionize the aesthetic market for the reduction of cellulite and will offer clients a fantastic new non-invasive alternative to help them meet their goals."

More About: LAPEX 2000 LipoLaser

The LAPEX 2000 LipoLaser was designed to target the medical and aesthetic market, specifically to address body shaping/contouring, spot fat reduction, and reduction in the appearance of cellulite. The LAPEX 2000 LipoLaser's non-invasive treatment is considered one of the most innovative methods to treat those stubborn areas of fat that do not respond to diet and exercise. The demand for this type of treatment is expected to grow rapidly, not only in the plastic surgery profession but in any clinical setting such as medi-spas and wellness centers that treat localized body fat deposits which may not have responded to diet and exercise.

More About: Meridian

Meridian is an established leader in the research/development, manufacturing and sales of advanced medical devices in the healthcare industry. With a dynamic research and development team, Meridian is at the forefront in the development of cutting edge medical technologies. The Company presently holds a total of 18 worldwide patents on its technology, and has received FDA approval and Health Canada approval as well as other international regulatory approvals, for many of its products. Meridian has over 1500 clients including physicians, hospitals, clinics, healthcare professionals, and wellness centers in Korea, USA, Canada, China, Japan and Europe, and continues to successfully market its superior product line to a

growing number of clients worldwide.

On Behalf of the Board of Directors,

Hyeon Seong Myeong, President

This press release may contain certain forward-looking information and statements concerning the company's operations, performance and financial condition. These statements are based upon a number of uncertainties and contingencies, many of which are beyond the control of the Company. Actual results may differ materially from those expressed or implied by such forward-looking statements. This document is not intended to be and is not an advertisement for any securities of the Company.

Contacts:
Meridian Co., Ltd.
Peter Holeczek
Corporate Communications
1-866-736-3306
Website: http://www.MeridianMedical.ca

August 27, 2007 NASD OTC-BB: MRDAF

**Meridian Co. Proudly Announces Roberta Flack as Celebrity Spokesperson for Their Lapex 2000 Lipolaser**

"The LipoLaser treatments are not only pain-free and non invasive, they are very relaxing-and most importantly, they work!" according to Ms. Flack

Meridian Co., Ltd. ("Meridian" or the "Company") (OTC BB:MRDAF.OB - News), an industry leader in the research, development, manufacturing and sales of advanced medical equipment, is pleased to announce that Roberta Flack has been chosen to be their celebrity spokesperson for the LAPEX 2000 LipoLaser (BCS). This innovative medical device has recently received a CE Mark approval in the European Union and is currently pending a FDA 510 (K) clearance in the United States.

Ms. Flack has been using the LipoLaser since November, 2006 under the care and supervision of Dr. Lionel Bissoon, best selling author of The Cellulite Cure, and has lost of total of 8 inches from her abdomen.

"Like everyone else, I was interested in losing inches, but was not interested in trying invasive procedures. Even with diet and exercise those stubborn areas were difficult to reduce. Although somewhat skeptical, I was excited to try out this new laser that was designed for body contouring and fat reduction," states Ms. Flack. "The LipoLaser treatments are not only pain-free and non invasive, they are very relaxing-and most importantly, they work!"

More About: Roberta Flack

Roberta Flack is a legendary Grammy-winning singer, songwriter of ultra smooth ballads of R&B, jazz, pop, and soul. She has been described as one of the most talented pop artist of the 70s and 80s. Roberta is best known for her platinum hits "Killing Me Softly" and "First Time Ever I Saw Your Face". Ms. Flack has toured world-wide and her music continues to be played and inspires fans globally.

More About: LAPEX LipoLaser

The LAPEX 2000 LipoLaser (BCS) was designed to target the medical and aesthetic market, specifically to address body shaping/contouring and spot fat reduction. This non-invasive treatment is considered one of the most innovative methods to treat stubborn areas of fat that do not respond to diet and exercise. The demand for this type of treatment is expected to grow rapidly, not only in the plastic surgery profession, but also in any clinical setting such as medi-spas and wellness centers.

More About: Meridian

Meridian is an established leader in the research/development, manufacturing and sales of advanced medical devices in the healthcare industry. With a dynamic research and development team, Meridian is at the forefront in the development of

cutting edge medical technologies. The Company presently holds a total of 18 worldwide patents on its technology, and has received FDA clearance, CE Mark, Health Canada, and other international regulatory approvals. Meridian has over 1500 clients including physicians, hospitals, clinics, healthcare professionals, and wellness centers worldwide.

On Behalf of the Board of Directors, Hyeon Seong Myeong President

This press release may contain certain forward-looking information and statements concerning the company's operations, performance and financial condition. These statements are based upon a number of uncertainties and contingencies, many of which are beyond the control of the Company. Actual results may differ materially from those expressed or implied by such forward-looking statements. This document is not intended to be and is not an advertisement for any securities of the Company.

Contacts:
Meridian Co., Ltd.
Peter Holeczek
Corporate Communications
1-866-736-3306
Website: http://www.MeridianMedical.ca