```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
THERAPY PRODUCTS, INC. d/b/a ERCHONIA :
MEDICAL,                            :
                      Plaintiff,    :    07 Civ. 8696 (DLC)
                                    :
          -v-                       :    ORDER
                                    :
LIONEL BISSOON, M.D., d/b/a         :
MESOTHERAPIE & ESTETIK, MERIDIAN    :
AMERICA MEDICALS, INC., MERIDIAN    :
MEDICAL INC., and MERIDIAN CO., LTD.,:
                                    :
                      Defendants.   :
------------------------------------X

DENISE COTE, District Judge:

   On July 14, 2008, defendants filed a motion pursuant to Rule 41(d), Fed. R. Civ. P., requesting an award of costs and attorney's fees to defendant Meridian Co., Ltd. in connection with a prior action instituted and voluntarily dismissed by the plaintiff, and a stay of this action pending the payment of such costs and fees by the plaintiff.  Having reviewed the parties' submissions, it is hereby

   ORDERED that defendants' motion pursuant to Rule 41(d), filed on July 14, 2008, is denied.

   SO ORDERED:

Dated:    New York, New York
          August 15, 2008

                              _____
                                      DENISE COTE
                              United States District Judge